ROBIN LEE ROW, #40171
*Pro Se*
Pocatello Women's Correctional Center
PO Box 6049
Pocatello, ID 83205-6049

U.S. COURTS
98 JUN -4 PM 4: 43
REC'D_____FILED_____
CAMERON S. BURKE
CLERK                IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBIN LEE ROW,<br><br>    *Petitioner,*<br><br>vs.<br><br>BONA MILLER, Warden of the<br>Pocatello Women's Correctional<br>Center, State of Idaho,<br><br>    *Respondent.* | ) <br> )  **CAPITAL CASE**<br> ) <br> )  CASE NO. **CIV98-0240-S-BLW**<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

---

**APPLICATION FOR PERMISSION TO PROCEED *IN FORMA PAUPERIS* AND FOR APPOINTMENT OF COUNSEL TO ASSIST IN THE PREPARATION OF A PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO LOCAL RULE 9.4(f)(3)**

---

Petitioner ROBIN LEE ROW, having been sentenced to die after conviction of three counts of first degree murder and aggravated arson in Ada County District Court, State of Idaho, said convictions and sentences having been appealed to the Idaho Supreme Court, which convictions and sentences and denial of post-conviction having been affirmed on appeal and rehearing denied, seeks leave of this court to proceed *in forma pauperis* and for appointment of counsel pursuant to 28 U.S.C. §2254(H)(1996); 21 U.S.C. §848q(4)(B); *McFarland v. Scott,* ___ U.S. ___, 114 S.Ct. 2568, 129 L.Ed.2d 666 (1994), Local Rule 9.4

APPLICATION FOR PERMISSION TO PROCEED *IN FORMA PAUPERIS* AND FOR APPOINTMENT OF COUNSEL - 1 -

(f)(3) and in support of this application declares as follows:

1. Petitioner is incarcerated in the Pocatello Women's Correctional Center in Pocatello, Idaho and was incarcerated in various county jails since the time of her arrest.

2. Petitioner is indigent and cannot afford to hire an attorney to represent her in proceedings before this court. As shown by the Affidavit of Indigency attached to this application and incorporated herein by reference, the Petitioner has not been employed since her arrest. She has no income and no resources from which she can secure counsel.

3. Petitioner has communicated with attorney Joan M. Fisher of the Capital Habeas Unit of the Federal Defenders of Eastern Washington and Idaho [hereinafter "Capital Habeas Unit"]. Ms. Fisher has advised Petitioner that the Capital Habeas Unit is willing to accept pre-petition appointment by this court, and Petitioner requests that this court appoint the Capital Habeas Unit to represent Petitioner in this matter. The Capital Habeas Unit has assisted the Petitioner in preparing the request for Application for Appointment of Counsel and has discussed this case with Petitioner.

4. Unless this Court grants this application, the State of Idaho will be represented by its Attorney General, and the Petitioner will be required to represent herself before this Court which she does not request and cannot adequately do.

5. I am familiar with the issues which have been presented to the state courts and represent that there are numerous challenges to the convictions and sentences in the underlying proceedings all of which are violations of the United States Constitution.

6. A Statement of Issues is attached hereto setting forth the grounds upon which the petition will, in part, rely.

**WHEREFORE**, Petitioner respectfully requests that this Court grant her permission to proceed *in forma pauperis* and appoint counsel to represent her in

APPLICATION FOR PERMISSION TO PROCEED *IN FORMA PAUPERIS* AND FOR APPOINTMENT OF COUNSEL - 2 -

the preparation of her petition for writ of habeas corpus and in the prosecution of that petition, once filed.

DATED this ____ day of _____, 1998.

By _____
Robin Lee Row

SUBSCRIBED AND SWORN to before me this 4th day of June, 1998.

_____
Notary Public for Idaho
Residing at Bannock County
My commission expires 5/04

APPLICATION FOR PERMISSION TO PROCEED *IN FORMA PAUPERIS* AND FOR APPOINTMENT OF COUNSEL - 3 -