**CAPITAL HABEAS UNIT**
Federal Defenders of
Eastern Washington and Idaho
Joan M. Fisher
Bruce D. Livingston
201 North Main
Moscow ID 83843
Telephone: 208-883-0180
Facsimile: 208-883-1472

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBIN LEE ROW, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>JAMES SPALDING, Director of )<br>the Department of Corrections and )<br>BONA MILLER, Warden of the )<br>Pocatello Women's Correctional )<br>Center, State of Idaho, )<br>)<br>Respondents. )<br>_____) | **CAPITAL CASE**<br><br>CASE NO. 98-0240-S-BLW |

**MOTION TO ALTER OR AMEND
SCHEDULING ORDER**

COMES NOW, Petitioner, Robin Lee Row, by and through her attorneys of record, the Capital Habeas Unit of the Federal Defenders of Eastern Washington and Idaho, and pursuant to Local Rule 7.1 and 9.4 (e), moves this court to Modify the Scheduling Order entered by this Court on June 9, 1998 in its Order Staying Execution and grant Petitioner an additional 120 days

MOTION TO ALTER OR AMEND ORDER STAYING EXECUTION - 1

to investigate and prepare her petition for writ of habeas corpus. The Petitioner specifically requests this court to alter or amend the date in which the Petitioner's petition for writ of habeas corpus shall be filed. The Petitioner submits pursuant to *McFarland v. Scott*, 512 U.S. 849, 855 (1994), it is unreasonable to require Petitioner to file her petition for writ of habeas corpus by September 12, 1998 and for good cause stated in the supporting Declaration of Counsel and Supporting Memorandum, Petitioner requests an extension of 120 days to file the Petition for Writ of Habeas Corpus, making the Finalized Petition for Writ of Habeas Corpus due on January 11, 1998.

DATED this 25th day of August, 1998.

CAPITAL HABEAS UNIT

By: *(signature)*
Joan M. Fisher
Attorney for Petitioner

MOTION TO ALTER OR AMEND ORDER STAYING EXECUTION - 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 1998, I caused to be served a true and correct copy of the foregoing document by the method indicated below, postage prepaid where applicable, addressed to:

Alan G. Lance
Idaho Attorney General

L. Lamont Anderson
Deputy Attorney General
Chief, Capital Litigation Unit
Statehouse Mail, Room 10
PO Box 83720
Boise ID  83720-0010

    ✓  U.S. Mail
    ___  Hand Delivery
    ✓  Facsimile
    ___  Overnight Mail

_[signature]_

MOTION TO ALTER OR AMEND ORDER STAYING EXECUTION - 3