Samuel Richard Rubin, ISB No. 5126
Federal Public Defender
Teresa A. Hampton, ISB No. 4364
Federal Defender Services of Idaho
702 West Idaho, Suite 900
Boise, Idaho 83702
Telephone: (208) 331-5530
Facsimile:  (208) 331-5559
ECF:  Teresa_Hampton@fd.org

ELLIOTT LAW FIRM, PLLC
Kathleen J. Elliott, ISB No. 4359
Attorney at Law
P.O. Box 1352
Boise, Idaho 83701
Telephone: (208) 384-5456
Facsimile:  (208) 384-5476
ECF:  kje@elliott-law-firm.com

Attorneys for Petitioner Robin Lee Row

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ROBIN LEE ROW, | ) | Case No. 98-0240-S-BLW |
| | ) | **CAPITAL CASE** |
| Petitioner, | ) | |
| | ) | DECLARATION OF |
| v. | ) | DR. CLAY H. WARD, Ph.D. |
| | ) | |
| THOMAS J. BEAUCLAIR, et al, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |
| | ) | |

     I, Clay H. Ward, Ph.D., a person over the age of eighteen, competent to testify and mindful of the penalties of perjury, being first duly sworn, deposes and says as follows:

     1.    I am licensed to practice psychology in the State of Idaho since 1990.  Prior to that, I was licensed in Nevada in 1988.  A copy of my Curriculum Vitae is Attachment 1.

DECLARATION OF DR. CLAY H. WARD, Ph.D. – Page 1

2. My practice includes clinical psychology and neuropsychology. From 1991 until 2012, I was employed as a neuropsychologist for St. Alphosus Regional Medical Center and still provide contract neuropsychological services for SARMC.

3. I was asked by Ms. Row's federal counsel to comment on the state of professional literature regarding cerebellar-frontal lobe pathways and the effect that damage to these structures and pathways would have on behavior, emotional responses and personality. I was also asked to comment on the state of professional practice and known literature in neuropsychology in Boise, Idaho during the time of Ms. Row's pre-trial, trial and sentencing proceedings.

4. Based upon my professional experience at the time, it was the local standard of practice and within the scope of professional knowledge that a correlation existed between cerebellar and cerebral cortical atrophy ("brain atrophy") and a wide range of behaviors. These behaviors include those regulated by the frontal cortex, such as lying, stealing, manipulation of others, poor impulse control, impaired judgment, lack of empathy and criminal behaviors. Cerebellar and cerebral cortical atrophy is a strong indicator of organic brain disorder.

5. My experience and my recollection of the generally available published empirical literature were confirmed by my recent review of literature from the 1980s and early 1990s.

6. It was standard practice at the time and in accordance with the prevailing literature and Diagnostic and Statistical Manual of Mental Disorders, third edition, revised (DSM-III-R), that organic brain disorder must be ruled out before any diagnosis of antisocial personality disorder or other serious mental illness could be made to explain any abnormal behavior, personality or mental illness. It was known at the time in the literature that there was a strong correlation between brain disorders and criminal behavior.

DECLARATION OF DR. CLAY H. WARD, Ph.D. – Page 2

7. The standard of practice in Boise at the time would have been to perform a comprehensive neuropsychological evaluation to determine the extent and severity of her organic brain disorder. This would have also clarified how the brain disorder impacted her behavioral control, judgment and the ability to conform to social norms.

8. The neuropsychological testing necessary to show cerebellar-frontal cortex damage existed prior to her trial. Neuroimaging technology was also available in Boise at the time.

I declare under penalty of perjury that the following is true and correct.

DATED this 29th day of August, 2013.

*[signature]*
Clay H. Ward, Ph.D.

DECLARATION OF DR. CLAY H. WARD, Ph.D. – Page 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jessica Lorello<br>jessica.lorello@ag.idaho.gov | L. Lamont Anderson<br>Lamont.anderson@ag.idaho.gov |

                                              /s/
                                      Teresa Hampton

# Attachment 1
## (Dr. Ward Curriculum Vita)

# VITA

## CLAY H. WARD, Ph.D.

**OFFICES:**

| | |
|---|---|
| **Kuna-Meridian Psychology Center, LLC** | **St. Alphonsus Rehabilitation Services** |
| 3061 S. Meridian Road, Suite 100 | 717 N. Liberty St. |
| Meridian, Idaho 83642 | Boise, Idaho 83704 |
| Phone: 208-895-9847 | Phone: 208-367-8989 |
| Fax: 208-887-0950 | Fax: 208-367-8944 |

**AREAS OF CLINCIAL PRACTICE AND EXPERTISE**

    Neuropsychological Evaluations and Cognitive Rehabilitation
    Forensic Evaluations
    Psychological Custody Evaluations
    Comprehensive Psychological Evaluations
    Psychological Evaluations and Treatment of Chronic Pain and Stress Disorders
    Psychological Treatment of Anxiety and Depression
    Independent Medical Examinations (Psychological and Neuropsychological)

**LICENSURE**

    Psychologist, Sate of Idaho, License Number PSY-239 (1990-present)
    Psychologist, State of Nevada, License Number 189 (1988-1990)

**EDUCATION**

| 1987 | Ph.D. | Clinical Psychology | Virginia Polytechnic Institute & State University (Virginia Tech) Blacksburg, VA 24061 |
|---|---|---|---|
| 1983 | M.S. | Clinical Psychology | Eastern Washington University Cheney, WA 99004 |
| 1980 | B.S. | Psychology | Boise State University Boise, ID 83725 |

## CURRENT POSITIONS

**2011 - Present**     **Private Practice, Kuna – Meridian Psychology Center, LLC**
3061 S. Meridian Road, Suite 100
Meridian, Idaho 83642

**1994 – Present**     **Neuropsychologist,**
**Saint Alphonsus Rehabilitation Services**
**717 N. Liberty Street, Boise, Idaho 83704.**
 - Neuropsychological Assessment and Cognitive Rehabilitation
 - Consultation to Physical, Occupational and Speech Therapy
 - Psychological Assessment and Treatment
 - Psychological Pain Management and Consultation
 - Staff Education and Program Development
 - Sports Concussion Evaluation and Consultation

## PAST PROFESSIONAL EXPERIENCE

**1991 – 2012**     **Neuropsychologist,**
**Saint Alphonsus Regional Medical Center,**
**1055 North Curtis Road, Boise, Idaho 83706.**

 - Neuropsychological Assessment and Cognitive Rehabilitation
 - Consultation to Medicine and Surgery
 - Psychological Assessment and Treatment
 - Psychological Pain Evaluations and Treatment
 - Staff Education and Program Development
 - Outpatient Neuropsychology at STARS

**1991 - 2011**     **Private Practice & Partner, Mountain States Counseling and Psychological Services, 311 N. Allumbaugh, Boise, Idaho 83704**

**1990-1991**     **Clinical Psychologist and Managing Partner, Psychological Associates, P.A., 222 East Logan, Caldwell, ID 83605.**

 - Neuropsychological Assessment and Cognitive
   Rehabilitation
 - Health Psychology and Behavioral Medicine
 - Chronic Pain Evaluations and Management
 - Psychological Evaluations and Psychotherapy
 - Supervision of clinical staff and office management

**1987-1990**  **Coordinator of Consultation & Liaison Service, Psychology Service (116B), Ioannis A. Lougaris VA Medical Center, Reno, NV 89520.**

- Coordinator Mental Health Consultation and Liaison Services throughout the Medical Center
- Psychological consultation and liaison to medicine, surgery and geriatric patients
- Outpatient behavioral medicine, stress disorders and stress management, biofeedback, and pain management
- Neuropsychological and competency evaluations
- Supervision of doctoral clinical psychology interns, doctoral clinical psychology practicum students, and teach behavioral medicine and DSM-III-R seminars to psychology interns

**Assistant Professor, Department of Psychiatry and Behavioral Sciences, University of Nevada School of Medicine, Reno, NV 89557.**

- Teach Introduction to Clinical Medicine, Human Behavior I and II lectures, and seminar lectures to medical students and residents
- Teach and supervise medical students on Consultation-Liaison Service as part of Psychiatry Clerkship rotation

**1988-1991**  **Adjunct Professor, Department of Psychology, University of Nevada, Reno, Reno, NV 89557**

- Supervision of doctoral level clinical psychology students on Medicine, Surgery, and Geriatric Consultation-Liaison Service
- Supervision of dissertation research projects
- Teach graduate clinical seminars (Health Psychology, Clinical Psychopharmacology)

**1986-1987**  **Psychology Intern, Psychology Service (116B), Ioannis A. Lougaris VA Medical Center, Reno, NV 89520 (American Psychological Association Accredited Internship)**

- Medical/Surgical Consultation: Supervised delivery of psychological services to medicine, surgery, and geriatric patients
- Neuropsychology: Supervised neuropsychological assessment and rehabilitation throughout the Medical Center
- Inpatient Psychiatry: Supervised psychological assessment

        and treatment of adult inpatients, and teach third and
fourth year medical students
- Mental Hygiene Clinic: Supervised psychological evaluation and individual and group treatment of adult outpatients, and supervision of third year doctoral clinical psychology practicum students

**1985-1986**  **Practicum Student, Psychology Service (116B), VA Medical Center, Salem, VA 24153**

- Neuropsychology: Supervised neuropsychological assessment of outpatients
- Inpatient Psychiatry: Supervised psychological assessment and individual and group therapy for adult patients

**Instructor, Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg, VA 24061.**

- Full responsibility for preparing, teaching and grading undergraduate Psychology of Personality (PSYCH 2050) and Social Psychology (PSYCH 2090) courses

**1983-1985**  **Practicum Student, Psychology Services Center, Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg, VA 24061**

- Supervised general outpatient mental health evaluation and treatment of adults, couples, families, adolescents and children
- Community workshops on stress management, health promotion, male gender role stress, relationship enhancement, and child management

**1984-1985**  **Behavioral Health Specialist, Behavioral Health Clinic, Psychological Services Center, Virginia Polytechnic Institute and State University, Blacksburg, VA 24061.**

- Assessment and group therapy for court referred alcohol offenders

**1983-1984**  **Intern, Programs and Administration, Office of Housing and Residence Life, Virginia Polytechnic and State University, Blacksburg, VA 24061**

- Program development and implementation for alcohol management on campus, acquaintance rape, student

          orientation and social activities
- Recruitment, selection, and training of resident advisors

**Graduate Teaching Assistant, Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg, VA 24061.**

- Assisted in the preparation, teaching, and grading of undergraduate Physiological Psychology (PSYCH 4290), Physiological Psychology Lab (PSYCH 4490), and Introductory Psychology (PSYCH 2000) courses

**1982-1983**   **Practicum Student, Behavioral Medicine Services, Department of Physical Medicine and Rehabilitation, Sacred Heart Medical Center, Spokane, WA 99220.**

- Supervised psychological assessment and treatment of patients with stress, pain, burn and chronic physical disorders
- Supervised neuropsychological assessment and consultation for brain and spinal cord injured patients

**1983**   **Practicum Student, Center for Psychological Services, Department of Psychology, Eastern Washington University, Cheney, WA 99004.**

- Supervised general outpatient mental health services and vocational counseling for adult college students

**Instructor, Department of Psychology, Eastern Washington University, Cheney, WA 99004.**

- Full responsibility for preparing, teaching and grading an undergraduate Career Exploration (Ps 296) course

**1982-1983**   **Academic Advisor, General Undergraduate Advising, Eastern Washington University, Cheney, WA 99004.**

- Presentation of General University Requirements to all new students
- Individual academic advising and vocational counseling for students who had not yet declared their academic major

**1981-1983**   **Graduate Teaching Assistant, Department of Psychology, Eastern Washington University, Cheney, WA 99004.**

        - Assisted in the preparation, teaching, and grading of Abnormal Psychology (Ps 302), Social Psychology (Ps 481), Psychological Statistics (Ps 310 & 311), and Advanced Statistics (Ps 522) courses

**1980-1981**    **Psychiatric Technician, Intermountain Mental Health Center, Boise, ID 83706.**

        - Patient management, recreational support, and individual counseling on the adolescent and adult inpatient psychiatry units

**1979-1980**    **Teaching Assistant, Department of Psychology, Boise State University, Boise, ID 83725.**

        - Assisted in the preparation, teaching and grading of Experimental Psychology (P 325) and Statistical Methods (P 305) courses.
        - Responsible for maintaining the experimental psychology laboratory

### RESEARCH PUBLICATIONS:

**Tearnan, B. H., & Ward, C. H. (in press). Assessment of the patient with cancer pain. Hospice Journal.**

**Antonuccio, D. O., Boutilier, L. R., Ward, C. H., Morrill, G. B., & Graybar, S. R. (in press). The behavior treatment of cigarette smoking. In M. Hersen, R. M. Eisler, & P. M. Miller (Eds.), Progress in behavior modification.**

**Watkins, P. L., Fisher, E. B., Jr., Southard, D. R., Ward, C. H., Carpenter, L., & Schechtman, K. B. (in press). Gender differences in Type A behavior and hostility. Psychology and Health.**

**Labbe, E. E., & Ward, C.H. (1990). Electromyographic biofeedback in the treatment of children with muscle-contraction headache. Journal of Development and Behavioral Pediatrics, II. 65-68.**

**Antonuccio, D.O., Ward, C.H., & Tearnan, B. H. (1989). Behavioral treatment of unipolar depression in adult outpatients. In M. Hersen, R.M. Eisler, & P. Miller (Eds.), Progress in behavior modification, Vol./24 (pp.152-191). Newbury Park, California: Sage Publications.**

**Tearnan, B.H., Ward, C.H. & Cleeland, C.S. (1989) Psychological**

management of malignant pain. In C.D. Tollison (Ed.), Handbook of chronic pain management (pp. 402-416). Baltimore: Williams & Wilkins.

Watkins, P.L., Fisher, E.B., Jr. Southard, D.R., Ward, C.H., & Schechtman, K.B. (1989). Assessing the relationship of Type A beliefs on cardiovascular disease risk and psychosocial distress. Journal of Psychopathology and Behavioral Assessment, 11, 113-125.

Eisler, R.M., Skidmore, J.R., & Ward, C.H. (1988). Masculine gender role stress: Predictors of anger, anxiety, and health risk behaviors. Journal of Personality Assessment, 52 133-141.

Antonuccio, D.O., Ward, C.H., & Tearnan, B.H. (1988). Cognitive-behavior vs. antidepressants: A reply to Howe. Psychotropics, 8(2), 11.

Antonuccio, D. O. Ward, C.H., & Tearnan, B.H. (1988). Cognitive-behavior therapy vs. drugs for depression. Psychotropics, 8(1), 1-2.

Ward, C.H., & Eisler, R.M. (1987) Type A behavior, achievement, striving, and a dysfunctional self-evaluation system. Journal of Personality and Social Psychology, 53, 318-326.

Ward, C.H. & Eisler, R.M. (1987) Type A achievement striving and failure to achieve personal goals. Cognitive Therapy and Research, 11, 463-471.

Watkins, P.L., Ward, C.H., & Southard, D.R. (1987). Empirical support for Type A belief-system. Journal of Psychopathology and Behavioral Assessment, 9, 119-134.

## RESEARCH PRESENTATIONS:

Ward, C. H., & Danton, B. (l991). Long-term maintenance of smoking cessation in veterans with COPD and Cardiac problems. In Antonuccio, D. O. (Chair), Smoking cessation in the U.S. Veteran Population. Symposium presented at the 23rd InterAmerican Congress of Psychology, San Jose, Costa Rica, July.

Watkins, P. L., Lidren, D., Reller, G., Koutz, J., & Ward, C. H. (l991). Hostility, social support, and stress. Paper presented at the 12th Annual Convention of the Society of Behavioral Medicine, San Francisco, California, April.

**Ward, C.H., Graybar, S., Rallof, D., Antonuccio, D.O., & Boutilier, L.R. (1990). Smoking cessation and relapse in chronic obstructive pulmonary disease patients. Paper presented at the 98th Annual Convention of the American Psychological Association at Boston, Massachusetts, August.**

**Ward, C.H., & Rallof, D. (1990). Potential problematic aspects of achievement striving associated with Type A behavior. Paper presented at the 11th Annual Convention of the Society of Behavioral Medicine, Chicago, Illinois, April.**

**Ward, C.H., Rallof, D., & Watkins, P.L. (1990). Psychologically healthy and unhealthy Type A individuals. Paper presented at the 11th Annual Convention of the Society of Behavioral Medicine, Chicago, Illinois, April.**

**Ward, C.H. (1989). Goal systems, self-evaluation, and effective responses. Paper presented at the 97th Annual Convention of the American Psychological Association at New Orleans, Louisiana, August.**

**Ward, C.H. (1989). Comparative efficacy of psychological and pharmacological treatments for anxiety disorders. In Antonuccio, D. O., & Ward, C.H. (Chair), Comparative efficacy of psychological and pharmacological treatments of major psychopathology. Symposium conducted at the Annual Meetings of the Western Psychological Association and Rocky Mountain Psychological Association, Reno, Nevada, April.**

**Antonnuccio, D.O., & Ward, C.H. (Chair) (1989). Comparative efficacy of psychological and pharmacological treatments for major psychopathology. Symposium conducted at the Combined Annual Meetings of the Western Psychological Association and Rocky Mountain Psychological Association, Reno, Nevada, April.**

**Ward, C.H. (Chair) (1989). Invited address. J. G. Watkins, Multiple personality disorders, or who's on first? Presented at the Combined annual Meeting of the Western Psychological Association and Rocky Mountain Psychological Association, Reno, Nevada, April.**

**Ward, C.H. (1989). Dealing with gender role stress. Workshop presented at the Annual State of Nevada Governor's conference for Women, Reno, Nevada, April.**

**Watkins, P.L., Fisher, E.B., Jr. Southard, D.R., Ward, C.H., & Schechtman, K. (1988). Type A beliefs and cardiovascular disease risk. Presented at the 9th Annual Convention of the Society of**

Behavioral Medicine, Boston, Massachusetts, April.

Watkins, P.L. Fisher, E.B., Jr., Southard, D.R., Ward, C.H., & Schechtman, K. (1988). Comparison of hostility and Type A behavior as cardiovascular disease risk factors within a work site screening program. Presented at the 9th Annual Convention of the Society of Behavioral Medicine, Boston, Massachusetts, April.

Antonuccio, D.O., & Ward, C.H. (1987). Comparison of psychological and pharmacological treatments of depression. Presented at the University of Nevada School of Medicine and VA Medical Center Mental Health Grand Rounds, Reno, Nevada, August.

Ward, C.H. (1986). Clinical and research issues in the assessment of childhood migraine headache. In E.E. Labbe (Chair), Behavioral assessment, treatment, and development issues of childhood headaches. symposium conducted at the 32nd Annual Meeting of the Southeastern Psychological Association at Orlando, Florida, March.

Ward, C.H. (1985). Type A performance standards and goal achievement. Paper presented at the 93rd Annual Convention of the American Psychological Association at Los Angeles, California, August.

Ward, C.H., & Eilser, R.M. (1985). Type A behavior pattern, desire for control, tension, and performance variables: Evidence for a maladaptive-adaptive achievement striving distinction. Paper presented at the Virginia Psychological Association Convention at Charlottesville, Virginia, April.

Ward, C.H. (1987). Psychological aspects and potential pathogenic processes of achievement striving associated with the Type A personality. Dissertation Abstracts International. (University Microfilms No. 86-26, 115)

Ward, C.H. (1986). Type A achievement striving. Research: Virginia Tech, Blacksburg, VA: Virginia Tech Research Division.

Ward, C.H. (1986). Type A performance standards and goal achievement. Resources in Education, (ERIC Document No. ED 262303), department of Education, National Institute of Education, March. (Reprint of APA presentation, 1985)

Zehr, L., Ward, C.H., Watkins, P.L., King, L., Hall, J., & Sweeney, C. (1985). The Type A Cognitive Questionnaire (TACQ): Validation and reliability. Paper presented at the Virginia Psychological Association Convention at Charlottesville, Virginia, April.

    **Watkins, P.L. & Ward, C.H. (1984). Assessing the Type A cognitive style. Paper presented at the 92nd annual Convention of the American Psychological Association at Toronto, Canada, August.**

    **Ward, C.H., Austin, J.T., & Miler, C.(1984) Designing a crisis telephone service from a behavioral systems perspective. Paper presented at the Conference on Volunteerism and Nonprofit Organizations, Annual Meeting of the Association of Voluntary Action Scholars, Blacksburg, Virginia, September.**

    **Ward, C.H. (1982). Measurement of self-esteem, self-aggrandizement, and alienation of the narcissistic personality. Paper presented at the Eastern Washington Psychological Colloquium, Cheney, Washington, May.**

    **Chastain, G., Lowe, P., Pippary, T., & Ward, C.H. 91981). Visual and acoustic confusability of target letters and the word superiority effect. Paper presented at the Rocky Mountain Psychological Association Meeting, Denver, Colorado, April.**

## SCHOLARSHIPS AND AWARDS

    **Outstanding Performance Award, Ioannis A. Lougaris VA Medical Center, 1989-1990.**
    Excellent Performance Rating, Department of Psychiatry & Behavioral Sciences, University of Nevada School of Medicine, 1989.
    Outstanding Performance Award and Merit Strep Increase, Ioannis A. Lougaris VA Medical Center, 1988-1989.
    Excellent Performance Rating, Department of Psychiatry and Behavioral Sciences, University of Nevada School of Medicine, 1988.
    College of Arts and Sciences Graduate Student Research Award, Virginia Polytechnic Institute and State University, 1985-1986.
    Helms Foundation Scholarship, 1981-1986.
    Dale Wilson Education Trust Scholarship, 1982-1983.
    Fellowship, Eastern Washington University, 1981-1982.

## PROFESSIONAL MEMBERSHIPS

    **Member, American Psychological Association**

    **Member, Society of Clinical Neuropsychology, Division 40 of American Psychology Association**

    **Member, National Academy of Neuropsychology**

**Member, Idaho Psychological Association**
   **State Advocacy Committee Co-Chair (2011-present)**
   **President (1998-1999)**
   **President Elect (1997-1998)**
   **Federal Advocacy Coordinator 1993 – 1998 and 2002 - 2004**
   **Central Regional Representative 1992-1995**

## CURRENT HOSPITAL STAFF PRIVILEGES

   **St. Alphonsus Regional Medical Center**