LAWRENCE G. WASDEN
Attorney General
State of Idaho

PAUL R. PANTHER
Deputy Attorney General
Chief, Criminal Law Division

JESSICA M. LORELLO, ISB #6554
Deputy Attorney General
L. LaMONT ANDERSON, ISB #3687
Chief, Capital Litigation Unit
Criminal Law Division
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-4539
Facsimile:  (208) 854-8074
jessica.lorello@ag.idaho.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ROBIN LEE ROW, | ) | CASE NO. 1:98-CV-00240-BLW |
| | ) | |
| Petitioner, | ) | **CAPITAL CASE** |
| | ) | |
| vs. | ) | MOTION TO FILE OVERSIZE |
| | ) | RESPONSE TO PETITIONER'S |
| THOMAS J. BEAUCLAIR, et al., | ) | AMENDED MOTION TO ALTER |
| | ) | OR AMEND JUDGMENT |
| Respondent. | ) | |
| _____ | ) | |

COMES NOW, Respondents, Thomas J. Beauclair, et al. ("state"), by and through their attorney, Jessica M. Lorello, Deputy Attorney General, Capital Litigation Unit, and move this Court for an order permitting the filing of Respondent's Response to Petitioner's Amended Motion to Alter or Amend Judgment.  (Dkt. 592.)

*MOTION TO FILE OVERSIZE RESPONSE TO PETITIONER'S AMENDED MOTION TO ALTER OR AMEND JUDGMENT* - 1

On September 26, 2011, Petitioner ("Row") filed her Amended Motion to Alter or Amend Judgment (Dkt. 572) and, on September 3, 2013, Row filed Petitioner's Brief in Support of the Amended Motion to Alter or Amend Judgment ("Brief") (Dkt. 583). Row's Brief is 28 pages and her request to exceed the 20-page limit was granted. (Dkts. 583, 584, 587.) The state's response, filed April 1, 2014, is 30 pages, including the caption and certificate of service. (Dkt. 592.) The state also requests permission to exceed the 20-page limit. Undersigned counsel was diligent in her efforts to limit the number of pages and made several revisions for this purpose; however, in order to adequately address all of Row's claims, and the issues related thereto, the state seeks leave to exceed the page limit in this case.

DATED this 2nd day of April, 2014.

/s/
JESSICA M. LORELLO
Deputy Attorney General
Capital Litigation Unit

*MOTION TO FILE OVERSIZE RESPONSE TO PETITIONER'S AMENDED MOTION TO ALTER OR AMEND JUDGMENT - 2*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or about the 2nd day of April 2014, I caused to be served a true and correct copy of the foregoing document by the method indicated below, postage prepaid where applicable, and addressed to the following:

| | |
|---|---|
| Teresa Hampton | _____ U.S. Mail |
| Federal Defender Services, Capital Unit | _____ Hand Delivery |
| 702 W. Idaho, Suite 900 | _____ Overnight Mail |
| Boise, ID 83702 | _____ E-mail |
| | __X__ Electronic Court Filing |
| | |
| Kathleen Elliott | _____ U.S. Mail |
| Elliott Law Firm, PLLC | _____ Hand Delivery |
| P.O. Box 1352 | _____ Overnight Mail |
| Boise, ID 83702 | _____ E-mail |
| | __X__ Electronic Court Filing |

/s/_____
JESSICA M. LORELLO
Deputy Attorney General
Capital Litigation Unit

*MOTION TO FILE OVERSIZE RESPONSE TO PETITIONER'S AMENDED MOTION TO ALTER OR AMEND JUDGMENT - 3*