# UNITED STATES DISTRICT COURT
## District of Idaho

### Exhibit List

| | |
|---|---|
| Case Name:<br>Robin Lee Row<br><br>vs.<br><br>Thomas J. Beauclair, et al. | Plaintiff's Attorney:<br>Deborah A. Czuba<br>Jonah J. Horwitz<br>Christopher M. Sanchez |
| | Defendant's Attorney:<br>L. Lamont Anderson<br>Jessica M. Lorello |

| Docket No.:<br>1:98-cv-00240-BLW | Trial Dates:<br>June 5-9, 2017 | Courtroom Deputy:<br>Jamie Bracke |
|---|---|---|

| Presiding Judge:<br>B. Lynn Winmill | Court Reporter:<br>Tammy Hohenleitner |
|---|---|

Party Offering Exhibits:
Petitioner

### Instructions

➢ Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
➢ A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
➢ Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
➢ More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1 | 6\|5 | ADM | | AOM | Report of Dr. James Merikangas | |
| 2 | 6\|5 | ADM | | AOM | Curriculum Vitae of Dr. James Merikangas | |
| 3 | 6/6 | | X | Resolve Pending ADM - Limited Purpose | Materials attached to Dr. James Merikangas' Report:<br>Tab 1.  Transcript of Magistrate's Inquiry (February 13, 1992);<br>Tab 2.  Transcript of Preliminary Hearing (April 14, 1992);<br>Tab 3.  Volumes I, II, III, and IV of the Transcripts of the Pre-Trial Hearings, | Admitted Tabs 1 - 211 Limited Purpose Tabs 212 - 233 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Original Trial, Post-Trial Hearings and Sentencing (April 22, 1992 through March 10, 1994); | |
| | | | | | Tab 4.   Transcript of Dr. Arthur Norman's Testimony (October 22, 1993); | |
| | | | | | Tab 5.   Pre-Sentence Report (May 28, 1993); | |
| | | | | | Tab 6.   CT Scans from St. Luke's Medical Center and St. Alphonsus Medical Center (January 28, 1992); | |
| | | | | | Tab 7.   Psychosocial Report Prepared by Alfonso Associates (September 2, 1999); | |
| | | | | | Tab 8.   New Hampshire – Theft and Welfare Check Fraud – Police Report (March 4, 1976); | |
| | | | | | Tab 9.   Ada County – Issuing Checks with Funds – Detective Riebs – Police Report (Joan McHugh) (December 11, 1990); | |
| | | | | | Tab 10.   Ada County – Arson – Detective Gary Raney – Police Report (February 10, 1992); | |
| | | | | | Tab 11.   Ada County – Miscellaneous Report / Arson – Officer L.D. Smith – Police Report (February 11, 1992); | |
| | | | | | Tab 12.   Ada County – Property Invoice / Arson – Various Officers & Detectives – Police Report (February 12, 1992); | |
| | | | | | Tab 13.   Ada County – Grand Theft – Officer Linda Scown – Police Report (February 12, 1992); | |
| | | | | | Tab 14.   Ada County – Supplemental Report / Arson / Meeting with Joan McHugh – Officer Linda Scown – Police Report (February 14, 1992); | |
| | | | | | Tab 15.   Ada County – Continuation Report / Arson / Video of Scene – Detective S. English – Police Report (February 14, 1992); | |
| | | | | | Tab 16.   Ada County – Supplemental Report / Arson / Interview with Erwin Stinnett – Officer Ken Smith – Police Report (February 18, 1992); | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | **Tab 17.** Ada County – Supplemental Report / Arson / Interviews with Lisa French, Christina Corless and Misti Dodge – Officer Clough – Police Report (March 25, 1992); | |
| | | | | | **Tab 18.** Transcript of Tape Recorded Interview of Robin Row with Detectives Gary Raney and Ken Smith (February 10, 1992); | |
| | | | | | **Tab 19.** Transcript of Tape Recorded Interview of Robin Row with Detectives Gary Raney and Ken Smith (February 12, 1992); | |
| | | | | | **Tab 20.** Transcript of Tape Recording of Service of Search Warrant at the McHugh Residence with Robin Row, Joan McHugh, Detective Gary Raney, Detective Denise Webb, and Unidentified Male (February 12, 1992); | |
| | | | | | **Tab 21.** Transcript of Tape Recorded Telephone Conversation Between Robin Row and Joan McHugh (March 19, 1992); | |
| | | | | | **Tab 22.** Transcript of Tape Recorded Telephone Conversation Between Robin Row and Joan McHugh (March 20, 1992); | |
| | | | | | **Tab 23.** Transcript of "Tape 4" Between Robin Row and Joan McHugh (Undated); | |
| | | | | | **Tab 24.** Trinity County Coroner's Report on Keith Cornellier in Big Bar, California Fire (June 19, 1980); | |
| | | | | | **Tab 25.** Vehicle Arson Report in Weaverville, California (July 14, 1981); | |
| | | | | | **Tab 26.** Whitney Fire Department – Fire Investigation Report #92-0107 (Rough Draft); | |
| | | | | | **Tab 27.** Idaho State Fire Marshall Incident Report (February 10, 1992); | |
| | | | | | **Tab 28.** SH Electric Report Regarding Breaker Box (Undated); | |
| | | | | | **Tab 29.** Supplemental Investigation Report of Ken Malgren, Captain Fire Investigator (February 14, 1992); | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 30. Investigation into Circuit Breaker Panel by Harold Hudson of Harold's Electric (February 14, 1992); | |
| | | | | | Tab 31. State Fire Marshall Report of Investigation by Donald Dillard (February 24, 1992); | |
| | | | | | Tab 32. Investigative Report from Willmorth Engineering (March 10, 1992); | |
| | | | | | Tab 33. Investigative Report from Robert Saum, Captain, on recovery of victims (March 12, 1992); | |
| | | | | | Tab 34. Laboratory Report from Bureau of Alcohol, Tobacco and Firearms on Accelerant (April 23, 1992); | |
| | | | | | Tab 35. Idaho Department of Law Enforcement – Bureau of Forensic Services Report on Evidence Taken from Residence (June 3, 1992); | |
| | | | | | Tab 36. Miscellaneous Reports (May 23, 1995); | |
| | | | | | Tab 37. St. Joseph's Hospital Records (1973 to 1975); | |
| | | | | | Tab 38. Trinity General Hospital Records (1980 to 1983); | |
| | | | | | Tab 39. St. Luke's Hospital Records (September, 15, 1988); | |
| | | | | | Tab 40. St. Luke's Hospital Records (January 29, 1992); | |
| | | | | | Tab 41. Physician's Immediate Care Center Records (February 12, 1992); | |
| | | | | | Tab 42. Idaho Department of Corrections Medical Records (1992 to 1999); | |
| | | | | | Tab 43. St. Alphonsus Hospital Records (January 12, 1993); | |
| | | | | | Tab 44. Idaho Department of Corrections Incident Reports, Medical Emergency (January 12, 1993); | |
| | | | | | Tab 45. MMPI and MMPI-2 Profiles (July 7, 1992); | |
| | | | | | Tab 46. MMPI and MMPI-2 Profiles (June 8, 1993); | |
| | | | | | Tab 47. Caldwell MMPI-2 Interpretative Report (June 8, 1993); | |
| | | | | | Tab 48. MCMI-2 Report (August 9, 1993); | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 49.   Miscellaneous Records (May 8, 1995); | |
| | | | | | Tab 50.   Interview of Dr. Pincus, Neurologist (June 12, 1995); | |
| | | | | | Tab 51.   PsycINFO Abstract Search for Journal Articles on Alexithymia (January 1984 to March 1995); | |
| | | | | | Tab 52.   St. Alphonsus Hospital Records [Randy Row] (1988 to 1990); | |
| | | | | | Tab 53.   Idaho Disability / Vocational Rehab Records Plus Psychological Reports [Randy Row] (1979 to 1991); | |
| | | | | | Tab 54.   Boise Veterans Administration Medical Center Records [Randy Row]; | |
| | | | | | Tab 55.   Defendant's Statement and Letters in Support of Sentencing (December 8, 1993); | |
| | | | | | Tab 56.   Transcript of Statement of Robin Lee Row at Sentencing (October 22, 1993); | |
| | | | | | Tab 57.   Transcript of Testimony of Lynn Bowerman, Ada County Deputy Coroner (February 12, 1993); | |
| | | | | | Tab 58.   Trinity County Welfare Department – Social Worker Report – Dependency Petition (May 25, 1982); | |
| | | | | | Tab 59.   Trinity County Welfare Department – Social Worker Report – Dispositional Hearing (June 9, 1982); | |
| | | | | | Tab 60.   Trinity County Welfare Department – Social Worker Report – Supplemental Petition in a Dependency Action (December 7, 1982); | |
| | | | | | Tab 61.   Trinity County Welfare Department – Social Worker Report – Semi-Annual Review (June 1, 1983); | |
| | | | | | Tab 62.   Sentencing Memorandum of Prosecutor (March 26, 1993); | |
| | | | | | Tab 63.   Objections to Presentence Investigation Report (August 1993); | |
| | | | | | Tab 64.   Sentencing Memorandum of Public Defender (November 12, 1993); | |
| | | | | | Tab 65.   Findings of the Court in Considering Death Penalty Under Idaho Code | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Section 19-2515 and Imposition of Sentence (December 16, 1993); | |
| | | | | | Tab 66.   Judgment, Sentence of Death, and Commitment (December 16, 1993); | |
| | | | | | Tab 67.   Memorandum Decision denying Post Conviction Relief (March 11, 1996); | |
| | | | | | Tab 68.   Opinion of Idaho Supreme Court (March 18, 1998); | |
| | | | | | Tab 69.   Volumes I and II of Clerk's Record from Original Trial; | |
| | | | | | Tab 70.   Volumes I and II of Supplemental Clerk's Record from Original Trial and Post-Conviction Relief; | |
| | | | | | Tab 71.   Typed Notes on Dr. Anil Desai; | |
| | | | | | Tab 72.   Typed Notes on Dr. Glen Bothwell; | |
| | | | | | Tab 73.   Handwritten Notes on Karla Andersen; | |
| | | | | | Tab 74.   Handwritten Notes on Janet Albee; | |
| | | | | | Tab 75.   Handwritten Notes on Dr. Art Norman; | |
| | | | | | Tab 76.   Handwritten Notes on Karla Andersen and Dr. Art Norman; | |
| | | | | | Tab 77.   Handwritten Notes by Robin Row on Social History; | |
| | | | | | Tab 78.   Typed Allocution of Robin Row | |
| | | | | | Tab 79.   Correspondence from Robin Row to Rolfe Kehne with Attachments (January 14, 1996); | |
| | | | | | Tab 80.   Typed Report from Barbara L. Witte, Ada County Paramedics,  Regarding Arson Investigation | |
| | | | | | Tab 81.   Handwritten Notes on Dr. Glen Bothwell and Other State's Witnesses (February 11, 1993); | |
| | | | | | Tab 82.   Typed Notes on Sentencing Memo; | |
| | | | | | Tab 83.   Typed Notes on Mitigation; | |
| | | | | | Tab 84.   Billing Statement from Arthur Norman, Ph.D. (September 1993); | |
| | | | | | Tab 85.   Curriculum Vitae of Arthur Norman, Ph.D.; | |
| | | | | | Tab 86.   Handwritten Notes on Interview with Terry Cornellier (October 21, 1993); | |
| | | | | | Tab 87.   Interview of Robin Row by Janeese Armero and Jorge Abreu (April 23, 1999); | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 88.    Interview of Terry Ann Taerigault by Jorge Abreu and Janeese Armero (April 24, 1999); | |
| | | | | | Tab 89.    Interview of Robin Row by Janeese Armero and Cessie Alphonso (April 30, 1999); | |
| | | | | | Tab 90.    Interview of Robin Row by Janeese Armero and Cessie Alphonso (May 7, 1999); | |
| | | | | | Tab 91.    Interview of Robin Row by Janeese Armero (May 14, 1999); | |
| | | | | | Tab 92.    Interview of Kevin Cornellier by Janeese Armero (May 18, 1999); | |
| | | | | | Tab 93.    Interview of Charles Cornellier Sr. by Janeese Armero (June 15, 1999); | |
| | | | | | Tab 94.    Interview of Michael Murphy by Janeese Armero (June 16, 1999); | |
| | | | | | Tab 95.    Interview of Robin Row by Claudia Baker (July 9, 1999); | |
| | | | | | Tab 96.    Interview of Robin Row by Claudia Baker (July 10, 1999); | |
| | | | | | Tab 97.    Interview of Dawno Washburn by Claudia Baker (August 22, 1999); | |
| | | | | | Tab 98.    Interview of Mary Lou Weiner by Claudia Baker (August 26, 1999); | |
| | | | | | Tab 99.    Interview of Fran Matthews by Claudia Baker (August 27, 1999); | |
| | | | | | Tab 100.    Alphonso Associates, Psychosocial Report, Volume I; | |
| | | | | | Tab 101.    Alphonso Associates, Psychosocial Report, Volume II; | |
| | | | | | Tab 102.    Alphonso Associates, Psychosocial Report, Volume III; | |
| | | | | | Tab 103.    Alphonso Associates, Psychosocial Report, Volume IV; | |
| | | | | | Tab 104.    Alphonso Associates, Psychosocial Report, Volume V; | |
| | | | | | Tab 105.    Alphonso Associates, Psychosocial Report, Volume VI; | |
| | | | | | Tab 106.    Alphonso Associates, Psychosocial Report, Volume VII; | |
| | | | | | Tab 107.    Alphonso Associates, Psychosocial Report, Volume VIII; | |

Case 1:98-cv-00240-BLW   Document 665   Filed 05/31/17   Page 8 of 31

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 108.  Treasure Valley Pediatrics Records [Tabitha Cornellier]; | |
| | | | | | Tab 109.  Treasure Valley Pediatrics Records [Joshua Cornellier]; | |
| | | | | | Tab 110.  Record of Post Mortem Examination on Randy Row (Final); | |
| | | | | | Tab 111.  Record of Post Mortem Examination on Randy Row (Provisional); | |
| | | | | | Tab 112.  Audio Cassette: Row (February 16, 1996); | |
| | | | | | Tab 113.  Audio Cassette: Row (March 10, 1996, 6:45 pm – March 11, 1996, 12:30 pm); | |
| | | | | | Tab 114.  Audio Cassette: Row (February 12, 1992); | |
| | | | | | Tab 115.  Audio Cassette: Row – Pat Johnson Transcript – (February 12, 1992); | |
| | | | | | Tab 116.  Department of Veterans Affairs Boise Medical Center Records [Randy Row]; | |
| | | | | | Tab 117.  Speech Pathologist Medical Records [Randy Row]; | |
| | | | | | Tab 118.  Physical Therapy Medical Records [Randy Row]; | |
| | | | | | Tab 119.  Warm Springs Center Records [Joshua Row]; | |
| | | | | | Tab 120.  Warm Springs Center Records [Tabitha Row]; | |
| | | | | | Tab 121.  Audio Cassette: Row (February 12, 1992); | |
| | | | | | Tab 122.  Audio Cassette: Row - Conversation at 3135 Jordan (February 12, 1992); | |
| | | | | | Tab 123.  Audio Cassette: Row (February 12, 1992), #21; | |
| | | | | | Tab 124.  Video Cassette: Interview with Robin Row, February 12, 1992, State's Trial Exhibit 90A; | |
| | | | | | Tab 125.  Video Cassette: Interview with Robin Row with Det. Gary Raney, February 10, 1992, State's Trial Exhibit 87; | |
| | | | | | Tab 126.  Audio Cassette: Robin Row Interview February 12, 1992; | |
| | | | | | Tab 127.  Two pages of MMPI Interpretive Report | |

Case 1:98-cv-00240-BLW   Document 665   Filed 05/31/17   Page 9 of 31

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 128. Three pages of Raw Data for Koss-Butcher Critical Items and Lachar-Wrobel Critical Items; | |
| | | | | | Tab 129. MMPI-2 Answer Sheet and Two Pages of Results (June 11, 1992); | |
| | | | | | Tab 130. MCMI-II Answer Sheet and Two Pages of Results (July 7, 1992); | |
| | | | | | Tab 131. Single Page MMPI Report from Roche Psychiatric Service Institute (September 3, 1982); | |
| | | | | | Tab 132. Correspondence from the Historical Trinity County to Trinity County Social Services (June 16, 1982); | |
| | | | | | Tab 133. Correspondence from the Historical Trinity County to Susan Wickersham (November 30, 1982); | |
| | | | | | Tab 134. Correspondence from the Historical Trinity County to Susan Wickersham (December 2, 1982); | |
| | | | | | Tab 135. Multimodal Life History Questionnaire (June 11, 1992); | |
| | | | | | Tab 136. Shasta College Academic Record (1980 to 1986); | |
| | | | | | Tab 137. State of New Hampshire Department of Youth Development Services Records (1971 to 1975); | |
| | | | | | Tab 138. Woman's Clinic Records (1988); | |
| | | | | | Tab 139. Pocatello Women's Correctional Center Records (1992 to 1995); | |
| | | | | | Tab 140. Medical Records Requested from IDOC/CMS (June 1999); | |
| | | | | | Tab 141. Video Cassette: Interview between Detective Gary Raney and Robin Row, February 12, 1992, State's Trial Exhibit 90A [Duplicate of Tab 124]; | |
| | | | | | Tab 142. Audio Cassette: Interview with Robin Row, State's Trial Exhibit 89; | |
| | | | | | Tab 143. Affidavit of Jim A. Lauer (November 2, 1999); | |
| | | | | | Tab 144. Pages 2704-2707 and 2764-2767 of the Original Trial Transcript; | |
| | | | | | Tab 145. Ada County Prosecuting Attorney's Office Records [Randy Row]; | |

Case 1:98-cv-00240-BLW   Document 665   Filed 05/31/17   Page 10 of 31

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 146. Duplicate of Documents Previously Sent [Randy Row]; | |
| | | | | | Tab 147. Interview of Linda Barcellona by Brenda Bentley (October 5, 2004); | |
| | | | | | Tab 148. Interview of Clyde Crosswhite by Brenda Bentley (October 4, 2004); | |
| | | | | | Tab 149. Interview of Bill Derryberry by Brenda Bentley (October 4, 2004); | |
| | | | | | Tab 150. Interview of Kimberly Garey by Brenda Bentley (October 6, 2004); | |
| | | | | | Tab 151. Interview of Lynn Gervais by Brenda Bentley (November 15, 2004); | |
| | | | | | Tab 152. Interview of Doris Gorham by Brenda Bentley (November 18, 2004); | |
| | | | | | Tab 153. Interview of Craig Green by Brenda Bentley (December 2, 2004); | |
| | | | | | Tab 154. Interview of Gloria Green by Brenda Bentley (November 14, 2004); | |
| | | | | | Tab 155. Interview of James Green by Brenda Bentley (October 2, 2004); | |
| | | | | | Tab 156. Interview of Elizabeth Gregory by Brenda Bentley (October 8, 2004); | |
| | | | | | Tab 157. Interview of David Grossman by Brenda Bentley (October 7, 2004); | |
| | | | | | Tab 158. Interview of Dee Haines by Brenda Bentley (November 13, 2004); | |
| | | | | | Tab 159. Interview of Cynthia Healey by Brenda Bentley (October 7, 2004); | |
| | | | | | Tab 160. Interview of George Nilsson by Brenda Bentley (October 4 and 5, 2004); | |
| | | | | | Tab 161. Interview of Candace Palmo by Brenda Bentley (October 3 and 4, 2004); | |
| | | | | | Tab 162. Interview of Diane Patterson by Brenda Bentley (November 18, 2004); | |
| | | | | | Tab 163. Interview of Joe Ratliff by Brenda Bentley (November 16, 2004); | |
| | | | | | Tab 164. Interview of Charles Sanborn by Brenda Bentley (November 16, 2004); | |
| | | | | | Tab 165. Interview of Laura Taylor by Brenda Bentley (October 7, 2004); | |
| | | | | | Tab 166. Interview of Cindy Teal by Brenda Bentley (October 6, 2004); | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 167.    Interview of Susan Wickersham by Brenda Bentley (October 8, 2004); | |
| | | | | | Tab 168.    Interview of Don Williams by Brenda Bentley (October 4, 2004); | |
| | | | | | Tab 169.    Interview of Roy Williams by Brenda Bentley (October 7, 2004); | |
| | | | | | Tab 170.    Interview of Mike and Betty Wines by Brenda Bentley (October 6, 2004); | |
| | | | | | Tab 171.    Interview of Robert Hardman Jr. by Brenda Bentley (March 7, 2006); | |
| | | | | | Tab 172.    Interview of Gail Guertin by Brenda Bentley (March 7, 2006); | |
| | | | | | Tab 173.    Interview of Beverly Rzasa by Brenda Bentley (March 8, 2006); | |
| | | | | | Tab 174.    Interview of Paula Dufresne by Brenda Bentley (March 8, 2006); | |
| | | | | | Tab 175.    Interview of Michael Dionne by Brenda Bentley (March 11, 2006); | |
| | | | | | Tab 176.    Interview of Pauline Goodwin by Brenda Bentley (March 8, 2006); | |
| | | | | | Tab 177.    Interview of Lionel Cornellier by Brenda Bentley (March 9, 2006); | |
| | | | | | Tab 178.    Interview of Betty Conley by Brenda Bentley (March 10, 2006); | |
| | | | | | Tab 179.    Interview of Louise Hawkins by Brenda Bentley (March 10 2006); | |
| | | | | | Tab 180.    Memorandum Regarding Records on Charles "Gus" Cornellier Robbery and Rzasa Fire (March 31, 2006); | |
| | | | | | Tab 181.    Memorandum Regarding Records on Rzasa Fire (March 31, 2006); | |
| | | | | | Tab 182.    Memorandum Regarding Records on Paul Rzasa's Drowning (March 31, 2006); | |
| | | | | | Tab 183.    Memorandum Regarding Randy Row (September 25, 2007); | |
| | | | | | Tab 184.    Duplicate File of Medical Records [Randy Row]; | |
| | | | | | Tab 185.    Audio Cassette: Phone messages from Randy Row to Robin Row, State's Trial Exhibit 14; | |
| | | | | | Tab 186.    Declaration of James R. Merikangas (November 1, 1999); | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 187. Transcript of Audio Tape #16, McHugh Phone | |
| | | | | | Tab 188. CD containing images from October 16, 2001 Brain SPECT; October 15, 2001 Brain MRI; January 28, 1992 Head CT; January 12, 1993 CT Scan; and Report from October 15, 2001 Brain MRI; | |
| | | | | | Tab 189. Correspondence from Sheila O'Brien (June 29, 2001); | |
| | | | | | Tab 190. Note from James R. Merikangas Regarding January 28, 1992 CT Scan (July 17, 2001); | |
| | | | | | Tab 191. Correspondence from James R. Merikangas Regarding Required Testing and Proper Facility for Testing (August 29, 2001); | |
| | | | | | Tab 192. St. Luke's MRI Procedure Screening Form; | |
| | | | | | Tab 193. Order for Additional Testing to Complete Neuropsychiatric Evaluation (September 4, 2001), Dkt. 171; | |
| | | | | | Tab 194. Eastern Idaho Regional Medical Center MRI Report (October 15, 2001); | |
| | | | | | Tab 195. Pocatello Regional Medical Center Preliminary Report on SPECT, Electroencephalogram, and Laboratory Reports (October 16, 2001); | |
| | | | | | Tab 196. Correspondence from Sheila O'Brien Regarding Fragile X Testing (December 3, 2001); | |
| | | | | | Tab 197. Declaration of James R. Merikangas, Dkt. 124 (December 3, 1999); | |
| | | | | | Tab 198. Declaration of James R. Merikangas, Dkt. 168 (August 9, 2001); | |
| | | | | | Tab 199. Declaration of James R. Merikangas, Dkt. 442 (January 18, 2008); | |
| | | | | | Tab 200. Declaration of James R. Merikangas, Dkt. 479 (January 30, 2009); | |
| | | | | | Tab 201. Memorandum Decision and Order, Dkt. 600 (March 31, 2015); | |
| | | | | | Tab 202. Excerpt from Claim 7 – Amended Petition, Dkt. 293 (January 17, 2003) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 203.   Transcript of State Post-Conviction Hearing, Testimony of Dr. Craig Beaver; | |
| | | | | | Tab 204.   Affidavit of Dr. Art Norman (December 3, 1999); | |
| | | | | | Tab 205.   Reports and Imaging from PET and MRI Scans (August 2, 2016); | |
| | | | | | Tab 206.   Collected Information on the Nashua Area Environmental Concerns; | |
| | | | | | Tab 207.   New Hampshire Department of Corrections, Medical Records (Charles Cornellier); | |
| | | | | | Tab 208.   New Hampshire Department of Corrections Records (Charles Cornellier); | |
| | | | | | Tab 209.   New Hampshire Department of Corrections Records (Charles Cornellier); | |
| | | | | | Tab 210.   Massachusetts Department of Corrections, MCI—Norfolk (Charles Cornellier); | |
| | | | | | Tab 211.   Catholic Medical Center Part 1 (Charles Cornellier); | |
| | | | | | Tab 212.   Catholic Medical Center Part 2 (Charles Cornellier); | |
| | | | | | Tab 213.   Glencliff Home for the Elderly (Charles Cornellier); | |
| | | | | | Tab 214.   Hillsborough County Department of Corrections (Charles Cornellier); | |
| | | | | | Tab 215.   Manchester Police Department (Charles Cornellier); | |
| | | | | | Tab 216.   Massachusetts Department of Corrections (Charles Cornellier); | |
| | | | | | Tab 217.   Massachusetts Federal Public Defender (Charles Cornellier); | |
| | | | | | Tab 218.   Nashua Police Department (Charles Cornellier); | |
| | | | | | Tab 219.   Nashua Police Department (Robin Row); | |
| | | | | | Tab 220.   New Horizons (Charles Cornellier); | |
| | | | | | Tab 221.   U.S. Probation and Pretrial Services (Charles Cornellier); | |
| | | | | | Tab 222.   U.S. v. Charles Cornellier; | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 223.   Declaration of Betty Conley, dated December 7, 2016;<br>Tab 224.   Declaration of David Dion, dated December 6, 2016;<br>Tab 225.   Declaration of Michael Dionne, dated December 7, 2016;<br>Tab 226.   Declaration of Paula Dufresne Woodcock, dated December 6, 2016;<br>Tab 227.   Declaration of Lynn Gervais, dated January 25, 2017;<br>Tab 228.   Declaration of Gloria Griffis, dated December 7, 2016;<br>Tab 229.   Declaration of Ben Leonard, dated November 28, 2016;<br>Tab 230.   Declaration of Patricia Rich Jacobs, dated December 6, 2016;<br>Tab 231.   Declaration of Chuck Sanborn, dated January 24, 2017;<br>Tab 232.   Declaration of Laura Taylor, dated January 24, 2017;<br>Tab 233.   Declaration of Terry Theriault, dated December 8, 2016. | |
| 4 | 6/5 | ADM | | AOM | Report of Dr. Mark Greenberg | |
| 5 | 6/5 | ADM | | AOM | Curriculum Vitae of Dr. Mark Greenberg | |
| 6 | 6/6 | | | AOM-Limited purpose | Materials attached to Dr. Mark Greenberg's Report:<br>Tab 1.   Raw Data Koss Butcher and Lachar Wrobel Critical Items;<br>Tab 2.   MMPI Interpretive Report Undated;<br>Tab 3.   MMPI-2 Answer Sheet and Partial Results, June 11, 1992;<br>Tab 4.   MMPI-2 Answer Sheet and Partial Results, July 7, 1992;<br>Tab 5.   Single Page MMPI Report Roche Psychiatric Service, September 3, 1982;<br>Tab 6.   Historical Trinity Co to Trinity Co Social Services, June 16, 1982;<br>Tab 7.   Historical Trinity Co to Susan Wickersham, November 30, 1982;<br>Tab 8.   Historical Trinity Co to Susan Wickersham, December 2, 1982; | Admitted tabs 1 - 55<br><br>Limited Purpose 56 - 78 |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 9.　Multimodal Life History Questionnaire, June 11, 1992; | |
| | | | | | Tab 10.　Shasta College Academic Record; | |
| | | | | | Tab 11.　New Hampshire Youth Development Services Records; | |
| | | | | | Tab 12.　Women's Clinic Records; | |
| | | | | | Tab 13.　Pocatello Women's Correctional Center and Correctional Medical Services; | |
| | | | | | Tab 14.　St. Alphonsus Regional Medical Center Records; | |
| | | | | | Tab 15.　St. Luke's Hospital Records; | |
| | | | | | Tab 16.　Trinity General Hospital Records; | |
| | | | | | Tab 17.　MMPI & MMPI-2 Results and Report by Dr. Alex Caldwell; | |
| | | | | | Tab 18.　Million Clinical Multiaxial Inventory II Results and Answer Sheet; | |
| | | | | | Tab 19.　Trinity General Hospital Records; | |
| | | | | | Tab 20.　Letter – Report from Dr. Merikangas dated October 5, 1999 (with attached notes regarding previous head CTs); | |
| | | | | | Tab 21.　Eastern Idaho Regional Medical Center MRI Report, October 15, 2001; | |
| | | | | | Tab 22.　Diagnostic Imaging Department Preliminary Report on 2001 SPECT Scan; | |
| | | | | | Tab 23.　Pocatello Regional Medical Center Electroencephalogram Results; | |
| | | | | | Tab 24.　Pocatello Regional Medical Center Lab Results 2001; | |
| | | | | | Tab 25.　Declaration of Dr. Art Norman, December 3, 1999; | |
| | | | | | Tab 26.　Declaration of Dr. James Merikangas, November 1, 1999; | |
| | | | | | Tab 27.　Idaho Department of Corrections CMS Medical Records; | |
| | | | | | Tab 28.　Transcript of Post-Conviction Proceedings; | |
| | | | | | Tab 29.　Transcript of Sentencing Hearing; | |
| | | | | | Tab 30.　Correspondence from Sheila O'Brien Regarding Fragile X Testing; | |
| | | | | | Tab 31.　Interview of Linda Barcellona; | |
| | | | | | Tab 32.　Interview of Clyde Crosswhite; | |
| | | | | | Tab 33.　Interview of Bill Derryberry; | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 34.   Interview of Kim Garey;<br>Tab 35.   Interview of Lynn Gervais;<br>Tab 36.   Interview of Doris Gorham;<br>Tab 37.   Interview of Craig Green;<br>Tab 38.   Interview of Gloria Green;<br>Tab 39.   Interview of James Green;<br>Tab 40.   Interview of Elizabeth Gregory;<br>Tab 41.   Interview of David Grossman;<br>Tab 42.   Interview of Dee Haines;<br>Tab 43.   Interview of Cynthia Healey;<br>Tab 44.   Interview of George Nilssen;<br>Tab 45.   Interview of Candace Palmo;<br>Tab 46.   Interview of Diane Patterson;<br>Tab 47.   Interview of Joe Ratliff;<br>Tab 48.   Interview of Charles Sanborn;<br>Tab 49.   Interview of Laura Taylor;<br>Tab 50.   Interview of Cindy Teal;<br>Tab 51.   Interview of Susan Wickersham;<br>Tab 52.   Interview of Don Williams;<br>Tab 53.   Interview of Roy Williams;<br>Tab 54.   Interview of Mike and Betty Wines;<br>Tab 55.   Report of James R. Merikangas, December 17, 2016;<br>Tab 56.   Catholic Medical Center Part 1 (Charles Cornellier);<br>Tab 57.   Catholic Medical Center Part 2 (Charles Cornellier);<br>Tab 58.   Glencliff Home for the Elderly (Charles Cornellier);<br>Tab 59.   Hillsborough County Department of Corrections (Charles Cornellier);<br>Tab 60.   Manchester Police Department (Charles Cornellier);<br>Tab 61.   Massachusetts Department of Corrections (Charles Cornellier);<br>Tab 62.   Massachusetts Federal Public Defender (Charles Cornellier);<br>Tab 63.   Nashua Police Department (Charles Cornellier);<br>Tab 64.   Nashua Police Department (Robin Row);<br>Tab 65.   New Horizons (Charles Cornellier);<br>Tab 66.   U.S. Probation and Pretrial Services | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | (Charles Cornellier); | |
| | | | | | Tab 67.   U.S. v. Charles Cornellier; | |
| | | | | | Tab 68.   Declaration of Betty Conley, dated December 7, 2016; | |
| | | | | | Tab 69.   Declaration of David Dion, dated December 6, 2016; | |
| | | | | | Tab 70.   Declaration of Michael Dionne, dated December 7, 2016; | |
| | | | | | Tab 71.   Paula Dufresne Woodcock, dated December 6, 2016; | |
| | | | | | Tab 72.   Declaration of Lynn Gervais, dated January 25, 2017; | |
| | | | | | Tab 73.   Declaration of Gloria Griffis, dated December 7, 2016; | |
| | | | | | Tab 74.   Declaration of Ben Leonard, dated November 28, 2016; | |
| | | | | | Tab 75.   Declaration of Patricia Rich Jacobs, dated December 6, 2016; | |
| | | | | | Tab 76.   Declaration of Chuck Sanborn, dated January 24, 2017; | |
| | | | | | Tab 77.   Declaration of Laura Taylor, dated January 24, 2017; | |
| | | | | | Tab 78.   Declaration of Terry Theriault, dated December 8, 2016. | |
| 7 | | FND | | | Report of Russell Stetler | |
| 8 | | FND | | | Materials attached to Russell Stetler's Report: | |
| | | | | | Tab 1.   *State v. Row*, Case No. 18945, Fourth Judicial District of the State of Idaho (Ada Cty., ID, Oct. 19, 1993 to Mar. 10, 1994) (Transcript of Sentencing Proceedings); | |
| | | | | | Tab 2.   *State v. Row*, Case No. 18945, Fourth Judicial District of the State of Idaho (Ada Cty., ID, Dec. 16, 1993) (Findings of the Court in Considering Death Penalty Under Idaho Code Section 19-2515 and Imposition of Sentence); | |
| | | | | | Tab 3.   *State v. Row*, Case No. 18945, Fourth Judicial District of the State of Idaho (Ada Cty., ID, Jan. 24, 1994) (Motion for Order Extending Time Within | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | | Notes (for use by Court) |
|---|---|---|---|---|---|---|---|
| | | | | | | Which to File Petition for Post-Conviction Relief, and for a Finding of Extraordinary Circumstances Pursuant to I.C. § 19-2719(8); | |
| | | | | | Tab 4. | *State v. Row*, Case No. 18945, Fourth Judicial District of the State of Idaho (Ada Cty., ID, Mar. 17, 1994) (Order); | |
| | | | | | Tab 5. | *State v. Row*, Case No. 18945, Fourth Judicial District of the State of Idaho (Ada Cty., ID, Mar. 17, 1994) (Petition for Post-Conviction Relief); | |
| | | | | | Tab 6. | *Row v. State*, Case No. HC3539, Fourth Judicial District of the State of Idaho (Ada Cty., ID, Jan. 20, 1990) (Affidavit of John M. Adams); | |
| | | | | | Tab 7. | *Row v. State*, Case No. HC3539, Fourth Judicial District of the State of Idaho (Ada Cty., ID, Jan. 20, 1995) (Affidavit of Rolf M. Kehne); | |
| | | | | | Tab 8. | *Row v. State*, Case No. HC3539, Fourth Judicial District of the State of Idaho (Ada Cty., ID, Jan. 23, 1995) (Memorandum in Support of Ex Parte Applications to "Money Judge"); | |
| | | | | | Tab 9. | *Row v. State*, Case No. HC3539, Fourth Judicial District of the State of Idaho (Ada Cty., ID, Mar. 9, 1995) (Transcript of Post-conviction Relief Hearing); | |
| | | | | | Tab 10. | *Row v. State*, Case No. HC3539, Fourth Judicial District of the State of Idaho (Ada. Cty., ID, June 15, 1995) (Affidavit of Mary C. Hudson); | |
| | | | | | Tab 11. | *Row v. State*, Case No. HC3539, Fourth Judicial District of the State of Idaho (Ada. Cty., ID, June 16, 1995) (Affidavit of Rolf. M. Kehne); | |
| | | | | | Tab 12. | *Row v. State*, Case No. HC3539, Fourth Judicial District of the State of Idaho (Ada. Cty., ID, June 16, 1995) (Amended Petition for Post-Conviction Relief); | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Tab 13.  *Row v. State*, Case No. HC3539, Fourth Judicial District of the State of Idaho (Ada. Cty., ID, Feb. 20, 1996) (Proposed Findings and Conclusions); | |
| | | | | | Tab 14.  *Row v. State*, Case No. HC3539, Fourth Judicial District of the State of Idaho (Ada. Cty., ID, Mar. 11, 1996) (Memorandum Decision); | |
| | | | | | Tab 15.  *Row v. State*, Case Nos. 21018/22918, Supreme Court of the State of Idaho (June 13, 1997) (Appellant's Opening Brief); | |
| | | | | | Tab 16.  *Row v. State*, 131 Idaho 303 (1998) (affirming conviction and death sentence on direct appeal, as well as district court's denial of post-conviction relief); | |
| | | | | | Tab 17.  *Row v. State*, Case No. SPOT9900684D, Fourth Judicial District of the State of Idaho (Ada Cty., ID, Nov. 2, 1999) (Petition for Postconviction Relief and Petition for Writ of Habeas Corpus by a Person in State Custody); | |
| | | | | | Tab 18.  *Row v. State*, Case No. SPOT9900684D, Fourth Judicial District of the State of Idaho (Ada Cty., ID, April 5, 2000) (Order of Summary Dismissal); | |
| | | | | | Tab 19.  *Row v. State*, Case No. 26508, Supreme Court of the State of Idaho (Sept. 5, 2009) (Appellant's Memorandum in Opposition to Respondents' Motion to Dismiss and Request for Oral Argument); | |
| | | | | | Tab 20.  *Row v. State*, Case No. 26508, Supreme Court of the State of Idaho (Mar. 1, 2001) (2001 Opinion No. 9); | |
| | | | | | Tab 21.  *Row v. Beauclair*, Case No. 1:98-cv-0240-S-BLW, United States District Court for the District of Idaho (Jan. 17, 2003) (Second Amended Petition for Writ of Habeas Corpus by a Person in | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | State Custody); | |
| | | | | | Tab 22. *Row v. Beauclair*, Case No. 1:98-cv-0240-S-BLW, United States District Court for the District of Idaho (Jan. 17, 2008) (Declaration of Mark S. Greenberg, Ph.D.); | |
| | | | | | Tab 23. *Row v. Beauclair*, Case No. 1:98-cv-0240-S-BLW, United States District Court for the District of Idaho (Jan. 18, 2008) (Declaration of James R. Merikangas, M.D.); | |
| | | | | | Tab 24. *Row v. Beauclair*, Case No. 1:98-cv-0240-S-BLW, United States District Court for the District of Idaho (Jan. 28, 2008) (Declaration of James R. Merikangas, M.D.); | |
| | | | | | Tab 25. *Row v. Beauclair*, Case No. 1:98-cv-0240-S-BLW, United States District Court for the District of Idaho (Jan. 30, 2009) (Deposition of Amil N. Myshin); | |
| | | | | | Tab 26. *Row v. Beauclair*, Case No. 1:98-cv-0240-S-BLW, United States District Court for the District of Idaho (Jan. 30, 2009) (Deposition of August H. Cahill); | |
| | | | | | Tab 27. *Row v. Beauclair*, Case No. 1:98-cv-0240-S-BLW, United States District Court for the District of Idaho (Jan. 30, 2009) (Excerpts from Petitioners Brief on the Merits); | |
| | | | | | Tab 28. *Row v. Beauclair*, Case No. 1:98-cv-0240-S-BLW, United States District Court for the District of Idaho (Mar. 31, 2015) (Memorandum Decision and Order) (permitting Row to proceed to a *Martinez* hearing on specified claims relating to brain atrophy and organic brain dysfunction in relation to the sentencing phase of Row's trial). | |
| 9 | 6/5 | ADM | | AOM | Report of Dr. Clay Ward | |
| 10 | 6/5 | ADM | | ADM | Curriculum Vitae of Dr. Clay Ward | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 11 | 6/5 | ADM | Tab 2 | AOM | Materials attached to Dr. Clay Ward's Report:<br>Tab 1.    Brain CT scan performed on January 12, 1993;<br>Tab 2.    Transcript of Dr. Arthur Norman's testimony on October 22, 1993;<br>Tab 3.    Prigatano, G.P. (1991).  Disturbances in self-awareness of deficit after traumatic brain injury.  In G.P. Prigatano & D.L. Schacter (Eds.) *Awareness of deficit after brain injury: Clinical and theoretical issues.*  New York: Oxford University Press;<br>Tab 4.    Blumer, D. & Benson, D.F. (1975).  Personality changes in frontal and temporal lobe lesions.  In D.F. Benson & D. Blumer (Eds.), *Psychiatric aspects of neurological disease.*  New York: Grune & Stratton;<br>Tab 5.    Struss, D.T. & Benson, D.F. (1984).  *Neuropsychological studies of the frontal lobe.*  Psychological Bulletin. 95, 3:28;<br>Tab 6.    Struss, D.T. & Benson, D.F. (1986).  *The frontal lobes.*  New York: Raven Press. | |
| 12 | | ADM | | | Ada County Jail Report, January 12, 1993. | |
| 13 | | ADM | | | *State of Idaho v. Robin Lee Row*, Case No. 18945, Trial Transcript, February 2, 1993. | |
| 14 | | ADM | | | *State of Idaho v. Robin Lee Row*, Case No. 18945, Order Allowing Access to Defendant for Psychiatric Testing, June 3, 1993. | |
| 15 | | ADM | | | *State of Idaho v. Robin Lee Row*, Case No. 18945, Presentence Investigation Report. | |
| 16 | | ADM | | | *State of Idaho v. Robin Lee Row*, Case No. 18945, Objections to Presentence Report, August 4, 1993. | |
| 17 | | JOINT | | | *State of Idaho v. Robin Lee Row*, Case No. 18945, Objections to Presentence Investigation Report, August 1993. | |
| 18 | ✓ | ADM | | ✓ | *State of Idaho v. Robin Lee Row*, Case No. 18945, Motion to Continue Sentencing, August 5, 1993. | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 19 | 6/5 | ADM | | AOM | *State of Idaho v. Robin Lee Row*, Case No. 18945, Order Allowing Access to Defendant for Psychiatric Testing, October 21, 1993. | |
| 20 | | ADM | | | *State of Idaho v. Robin Lee Row*, Case No. 18945, Sentencing Transcript, October 21, 1993. | |
| 21 | | ADM | | | *State of Idaho v. Robin Lee Row*, Case No. 18945, Sentencing Memorandum, November 15, 1993. | |
| 22 | | ADM | | | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Deposition of August Cahill, November 11, 1995. | |
| 23 | | ADM | | | *State of Idaho v. Robin Lee Row*, Case No. 18945, Post-Conviction Relief Evidentiary Hearing Transcript, January 8-9, 1996. | |
| 24 | | ADM | | | *Robin Lee Row v. James Spaulding*, Case No. 98-0240, Deposition of August Cahill, November 26, 2002. | |
| 25 | | ADM | | | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Deposition of Amil Myshin, November 13, 1995. | |
| 26 | | ADM | | | *Robin Lee Row v. James Spalding*, Case No. 98-0240, Deposition of Amil Myshin, November 25, 2002. | |
| 27 | | ADM | | | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Deposition of Glen Elam, November 14, 1995. | |
| 28 | | ADM | | | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Affidavit of Rolf M. Kehne, January 20, 1995. | |
| 29 | | ADM | | | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Motion Re: Applications for Expert Assistance, January 20, 1995. | |
| 30 | | ADM | | | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Report to the Idaho Supreme Court Pursuant to I.C. 19-2719(8), Request for Extension, and Order Governing Further Proceedings, January 27, 1995. | |
| 31 | | ADM | | | Correspondence to Rolf Kehne and John Adams from Robin Row, dated March 17, 1995. | |
| 32 | ↓ | ADM | | ↓ | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Amended Petition for Post-Conviction | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Relief, June 16, 1995. |  |
| 33 | 6/5 | ADM |  | ADM | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Motion for Civil Discovery, June 16, 1995. |  |
| 34 |  | ADM |  |  | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Order on Pre-Trial Motions, July 7, 1995. |  |
| 35 |  | ADM |  |  | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Report to the Idaho Supreme Court Pursuant to I.C. § 19-2719(8), and Request for Final Extension, August 16, 1995. |  |
| 36 |  | ADM |  |  | *Robin Lee Row v. State of Idaho*, Case No. HC3539, State's Response to Petitioner's Amended Petition for Post-Conviction Relief and Motion to Dismiss, August 16, 1995. |  |
| 37 |  | ADM |  |  | *State of Idaho v. Robin Lee Row*, Case No. 21018, Order Granting Request for Final Extension, August 31, 1995. |  |
| 38 |  | ADM |  |  | *State of Idaho v. Robin Lee Row*, Case No. 21018, Affidavit of Rolf M. Kehne, October 16, 1995. |  |
| 39 |  | ADM |  |  | *State of Idaho v. Robin Lee Row*, Case No. HC3539, Scheduling Order, January 10, 1996. |  |
| 40 |  | ADM |  |  | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Proposed Findings and Conclusions, February 20, 1996. |  |
| 41 |  | ADM |  |  | *State of Idaho v. Robin Lee Row*, Case No. HC3539, State's Closing Argument and Proposed Findings of Fact and Conclusions, February 28, 1996. |  |
| 42 |  | ADM |  |  | *State of Idaho v. Robin Lee Row*, Case No. HC3539, Post-Conviction Relief Evidentiary Hearing Transcript, January 13, 1995 – February 29, 1996. |  |
| 43 |  | ADM |  |  | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Memorandum Decision, March 11, 1996. |  |
| 44 |  | ADM |  |  | *State of Idaho v. Robin Lee Row*, Case No. 21018, Affidavit in Support of Motion for Extension of Time to File Appellant's Brief, October 15, 1996. |  |
| 45 | ✓ | ADM |  | ✓ | *State of Idaho v. Robin Lee Row*, Case No. 21018, |  |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Appellant's Brief, June 13, 1997. | |
| 46 | 6/5 | ADM | | ADM | *Robin Lee Row v. State of Idaho*, Declaration of Rolf Kehne, November 2, 1999. | |
| 47 | 6/5 | ADM | | AOM | Billing Statements of Rolf Kehne and John Adams. | |
| 48 | 6/5 | ADM | | AOM | Time Sheet for Robin Row of Kehne and Adams. | |
| 49 | | FND | | | *Robin Lee Row v. James Spaulding*, Case No. 98-0240, Deposition of Rolf M. Kehne, December 10, 2002. | |
| 50 | | FND | | | *Robin Lee Row v. Thomas Beauclair*, Case No. 98-0240, Deposition of Rolf Kehne, March 8, 2011. | |
| 51 | | FND | | | *Idaho State Bar v. Rolf Kehne,* ISB File No. FC 06-03, Amended Complaint, February 15, 2007. | |
| 52 | | FND | | | *Idaho State Bar v. Rolf Kehne,* ISB File No. FC 06-03, Stipulation, May 6, 2008. | |
| 53 | | FND | | | *Idaho State Bar v. Rolf Kehne,* ISB File No. FC 06-03, Order and Recommendation, May 19, 2008. | |
| 54 | | FND | | | *Idaho State Bar v. Rolf Kehne,* Case No. 35355/ISB File No. FC 06-03, Order, June 27, 2008. | |
| 55 | | FND | | | *Idaho State Bar v. Rolf Kehne,* Case No. 35355/ISB File No. FC 06-03, Order Granting Application for Reinstatement of License to Practice Law, November 12, 2008. | |
| 56 | 6/5 | JOINT | | AOM | Undated handwritten notes titled "Sentg Memo." | |
| 57 | | ADM | | | Undated typed notes titled "Row – Sentencing Memo." | |
| 58 | | ADM | | | Undated handwritten notes titled "Vitae." | |
| 59 | | JOINT | | | Undated handwritten notes titled "Process" and "Diagnosis." | |
| 60 | | JOINT | | | Typed notes titled "1/15 Conf @ ACJ." | |
| 61 | | JOINT | | | Handwritten notes of March 9, 1995. | |
| 62 | | JOINT | | | Handwritten notes of November 13, 1995. | |
| 63 | | JOINT | | | Handwritten notes titled "Ideas for Row 12/13/95." | |
| 64 | ↓ | JOINT | | ↓ | Handwritten notes of January 8, 1996. | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 65 | 6/5 | JOINT | | AOM | Undated Handwritten notes titled "Beaver." | |
| 66 | 6/5 | ADM | | AOM | *Robin Lee Row v. State of Idaho*, Case No. HC-3539, Affidavit of John M. Adams, January 20, 1995. | |
| 67 | 6/5 | ADM | | AOM | Correspondence from John Adams to Robin Row, dated February 28, 1995. | |
| 68 | 6/5 | ADM | | AOM | *Row v. State*, Case No. 21018, Affidavit of John M. Adams, October 15, 1996. | |
| 69 | | FND | | | *Robin Lee Row v. James Spaulding*, Case No. 98-0240, Deposition of John M. Adams, December 13, 2002. | |
| 70 | 6/5 | ADM | | AOM | Dr. Craig W. Beaver invoice to John Adams, dated December 22, 1995. | |
| 71 | | ADM | | | Dr. Craig W. Beaver invoice to John Adams, dated January 24, 1996. | |
| 72 | | ADM | | | St. Luke's Regional Medical Center invoice to Kehne & Adams Law Office, dated February 21, 1996. | |
| 73 | | ADM | | | St. Luke's Regional Medical Center invoice to Kehne & Adams Law Office, stamped received February 22, 1996. | |
| 74 | | JOINT | | | Correspondence from Mary Hudson to Robin Row, dated March 2, 1995. | |
| 75 | | ADM | | | *Robin Lee Row v. State of Idaho*, Case No. HC-3539, Ex Parte Motion for Expert Witness Fees and Attached Affidavit of Mary C. Hudson, March 6, 1995. | |
| 76 | | JOINT | | | Correspondence from Mary Hudson to John Adams, dated March 7, 1995. | |
| 77 | | JOINT | | | Correspondence from John Adams to Mary Hudson, dated April 4, 1995. | |
| 78 | | JOINT | | | Interview of Robin Row by Mary Hudson, April 6, 1995. | |
| 79 | ↓ | JOINT | | ↓ | Correspondence to Mary Hudson from Robin Row, dated April 7, 1995. | |
| | | | | | Correspondence from Mary Hudson to Robin Row, | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 80 | 6/5 | JOINT | | AOM | dated April 11, 1995. | |
| 81 | | ADM | | | Correspondence to Mary Hudson from Robin Row, dated April 18, 1995. | |
| 82 | | JOINT | | | Correspondence from Mary Hudson to Robin Row, dated April 24, 1995. | |
| 83 | | ADM | | | Records request from Mary Hudson to Trinity General Hospital, dated April 26, 1995, with records received. | |
| 84 | | ADM | | | Records request from Mary Hudson to Nashua District Court, dated April 26, 1995, with records received. | |
| 85 | | ADM | | | Records request from Mary Hudson to Ada County Sheriff's Department, dated April 27, 1995, with response received. | |
| 86 | | ADM | | | Records request from Mary Hudson to Treasure Valley Pediatrics/Dr. John Ullery, dated April 28, 1995, with records received. | |
| 87 | | ADM | | | Records request from Mary Hudson to St. Luke's, dated April 28, 1995, with records received. | |
| 88 | | ADM | | | Records request from Mary Hudson to St. Alphonsus, dated April 28, 1995, with records received. | |
| 89 | | JOINT | | | Correspondence from Mary Hudson to Robin Row, dated May 1, 1995. | |
| 90 | | ADM | | | Records request response to Mary Hudson from YMCA, dated May 1, 1995. | |
| 91 | | JOINT | | | Correspondence to Mary Hudson from Robin Row, dated May 2, 1995. | |
| 92 | | ADM | | | Records request response to Mary Hudson from Ellison Matthews, dated May 4, 1995. | |
| 93 | | ADM | | | Records request response to Mary Hudson from Saint Joseph Parish, dated May 4, 1995. | |
| 94 | ✓ | ADM | | ✓ | Records request response to Mary Hudson, dated | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | May 4, 1995, from New Hampshire Department of Corrections with records received. | |
| 95 | 6/5 | ADM | | AOM | Records response to Mary Hudson from Nashua School District, dated May 4, 1995. | |
| 96 | | JOINT | | | Correspondence from Mary Hudson to Rolf Kehne and John Adams, dated May 8, 1995, with attached records. | |
| 97 | | JOINT | | | Records request from Mary Hudson to Teradyne, dated May 8, 1995, with response received. | |
| 98 | | JOINT | | | Correspondence to Mary Hudson from Robin Row, dated May 9, 1995. | |
| 99 | | ADM | | | Records request response to Mary Hudson from Nashua Public Library, dated May 9, 1995. | |
| 100 | | ADM | | | Records request responses to Mary Hudson from Nashua School District, dated May 10, 1995. | |
| 101 | | ADM | | | Records request from Mary Hudson to IRS, dated May 11, 1995, with response received. | |
| 102 | | ADM | | | Records response to Mary Hudson from North Carolina Department of Correction, dated May 15, 1995. | |
| 103 | | JOINT | | | Correspondence to Mary Hudson from Robin Row, dated May 15, 1995. | |
| 104 | | ADM | | | Records response to Mary Hudson from New Hampshire Department of Health and Human Services Division for Children, Youth and Families – Youth Development Center, dated May 16, 1995. | |
| 105 | | JOINT | | | Correspondence to Mary Hudson from Robin Row, dated May 21, 1995. | |
| 106 | | ADM | | | Correspondence from Mary Hudson to OHSU Library Services requesting research articles, dated May 22, 1995. | |
| 107 | | ADM | | | Correspondence from Mary Hudson to Rolf Kehne and John Adams, dated May 23, 1995. | |
| 108 | | ADM | | | Records response to Mary Hudson from Blue Cross of Idaho, dated May 30, 1995. | - |
| 109 | ↓ | ADM | | ↓ | Records request from Mary Hudson to Trinity Family Medical Group, dated June 12, 1995, with | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | records received. | |
| 110 | 6/5 | JOINT | | AOM | Mary Hudson interview with Dr. Pincus, June 12, 1995. | |
| 111 | | JOINT | | | Trinity County Records Memo by Mary Hudson, dated June 13, 1995. | |
| 112 | | JOINT | | | Mary Hudson interview with Fran Matthews, June 13, 1995 | |
| 113 | | JOINT | | | Mary Hudson interview with Betty Wines, June 13, 1995. | |
| 114 | | JOINT | | | Mary Hudson interview with Craig Beaver, Ph.D., June 13, 1995. | |
| 115 | | JOINT | | | Mary Hudson interview with Dawno Washburn, June 13, 1995. | |
| 116 | | JOINT | | | Mary Hudson interview with Marjorie Murphy, June 13, 1995. | |
| 117 | | JOINT | | | Mary Hudson interview with Marylou Weiner, June 13, 1995. | |
| 118 | | JOINT | | | Mary Hudson interview with Mort Weiner, June 13, 1995. | |
| 119 | | JOINT | | | Mary Hudson interview with Patricia Washburn, June 14, 1995. | |
| 120 | | JOINT | | | Mary Hudson interview with Arthur Norman, Ph.D., June 14, 1995. | |
| 121 | | JOINT | | | Mary Hudson interview with Charles Cornellier, Jr., June 14, 1995. | |
| 122 | | JOINT | | | Mary Hudson interview with Susan Wickersham, June 14, 1995. | |
| 123 | | JOINT | | | Mary Hudson interview with Terry Theriault, June 14, 1995. | |
| 124 | | JOINT | | | Mary Hudson interview with Virginia Delude, June 14, 1995. | |
| 125 | | JOINT | | | Mary Hudson interview with Barbara Childers, June 15, 1995. | |
| 126 | | ADM | | | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Affidavit of Mary C. Hudson, June 15, 1995. | |
| 127 | ✓ | ADM | | ✓ | Mary Hudson interview with Karla Andersen, June 18, 1995. | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 128 | 6/5 | ADM | | AOM | Records request response to Mary Hudson from Trinity County Counseling Center, dated June 20, 1995. | |
| 129 | | ADM | | | Records request response to Mary Hudson from New Hanover Sheriff's Office, dated June 27, 1995. | |
| 130 | | JOINT | | | Correspondence to Mary Hudson from Donald True, Ph.D., dated June 27, 1995. | |
| 131 | | JOINT | | | Correspondence from Mary Hudson to Rolf Kehne and John Adams, dated August 22, 1995. | |
| 132 | | JOINT | | | Records response to Mary Hudson from Dr. Art Norman/Karla Andersen, dated August 21, 1995. | |
| 133 | | JOINT | | | Correspondence to Mary Hudson from Robin Row, dated August 27, 1995. | |
| 134 | | ADM | | | Invoice from Mary Hudson to Rolf Kehne and John Adams, dated September 5, 1995. | |
| 135 | | ADM | | | Correspondence from Mary Hudson to Rolf Kehne, dated September 5, 1995. | |
| 136 | | ADM | | | Invoice from Mary Hudson to Rolf Kehne and John Adams/Ada County, dated September 29, 1995. | |
| 137 | | ADM | | | Invoice from Mary Hudson to Ada County, dated January 15, 1996. | |
| 138 | | ADM | | | CT – Head film of January 28, 1992 to Mary Hudson from St. Luke's Regional Medical Center. | |
| 139 | | JOINT | | | Article – *Cerebellar and Frontal Hypometabolism in Alcoholic Cerebellar Degeneration Studied with Positron Emission Tomography.* | |
| 140 | | JOINT | | | Article – *Metabolic and cognitive changes in hereditary ataxia.* | |
| 141 | | JOINT | | | Article – *Neuroanatomical Studies of Major Affective Disorders.* | |
| 142 | | JOINT | | | Article – *Atrophy of the Cerebellar Vermis: Relevance to the Symptoms of Schizophrenia.* | |
| 143 | | JOINT | | | Article Abstracts. | |
| 144 | | JOINT | | | Article Abstracts. | |
| 145 | | ADM | | | Handwritten notes titled "Lynn Aiken 6/13." | |
| 146 | ✓ | JOINT | | ✓ | Witness Investigation List prepared by Mary Hudson. | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 147 | 6/5 | JOINT | | ADM | Undated handwritten notes of Mary Hudson. | |
| 148 | | JOINT | | | Undated handwritten notes titled "Rolf." | |
| 149 | | ADM | | | Undated records response to Mary Hudson from Nashua Senior High School. | |
| 150 | | ADM | | | Undated records response to Mary Hudson from The Woman's Clinic. | |
| 151 | | JOINT | | | Undated Witness and Document List of Mary Hudson. | |
| 152 | | JOINT | | | Undated Witness and Document List of Mary Hudson. | |
| 153 | | JOINT | | | Undated notes titled "Notes State v. Row." | |
| 154 | | ADM | | | Records requests from Mary Hudson. | |
| 155 | ↓ | ADM | | ↓ | Release obtained by Mary Hudson from Robin Row. | |
| 156 | | FND | | | *Robin Lee Row v. Thomas Beauclair*, Case No. 98-0240, Deposition of Craig W. Beaver, March 29, 2017. | |
| 157 | 6/5 | ADM | | ADM | *Robin Lee Row v. State of Idaho*, Case No. HC3539, Post-Conviction Relief Testimony of Craig W. Beaver, Ph.D., March 9, 1995. | |
| 158 | 6/5 | ADM | | ADM | MCMI-II (Millon Clinical Multiaxial Inventory-II), July 7, 1992. | |
| 159 | 6/5 | ADM | | ADM | MMPI-2 (Minnesota Multiphasic Personality Inventory-2), June 11, 1992. | |
| 160 | 6/5 | ADM | | ADM | Multimodal Life History Questionnaire, June 11, 1992. | |
| 161 | 6/5 | ADM | | ADM | *State of Idaho v. Robin Lee Row*, Case No. 18945, State's Exhibit C-S. | |
| 162 | 6/5 | ADM | | ADM | *State of Idaho v. Robin Lee Row*, Case No. 18945, Trial Testimony of Robert Engle, Ph.D. | |
| 163 | | FND | | | Declaration of Laura Taylor, dated January 24, 2017. | |
| 164 | | FND | | | Declaration of Patricia Rich Jacobs, dated December 6, 2016. | |
| 165 | | FND | | | Declaration of Chuck Sanborn, dated January 24, 2017. | |
| 166 | | FND | | | Declaration of Terry Cornellier Theriault, dated December 8, 2016. | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 167 | | FND | | | Declaration of Betty Conley, dated December 7, 2016 | |
| 168 | | FND | | | Declaration of David Dion, dated December 6, 2016 | |
| 169 | | FND | | | Declaration of Michael Dionne, dated December 12, 2016 | |
| 170 | | FND | | | Declaration of Paula Woodcock, dated December 6, 2016 | |
| 171 | | FND | | | Declaration of Lynn Gervais, dated January 25, 2017 | |
| 172 | | FND | | | Declaration of Gloria Griffis, dated December 7, 2017 | |
| 173 | 6/5 | JOINT | | AOM | Report of Dr. Roger Moore | |
| 174 | 6/5 | JOINT | | AOM | Report of Dr. Arthur Kowell | |
| 175 | | FND | | | *Robin Lee Row v. Thomas Beauclair*, Case No. 98-240, Respondent's Responses to Petitioner's First Request for Admissions, April 14, 2017. | |
| 176 | 6/6 | | | OEM | Wisconsin Card Sorting Diagram | |
| 177 | 6/6 | | | OEM | Rey Complex Drawing Diagrams | |
| 178 | 6/9 | | | | Dr Beaver Bill Jan 26, 1993 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |