# UNITED STATES DISTRICT COURT
## District of Idaho

### Exhibit List

| Case Name: | Plaintiff's Attorney: |
|---|---|
| Robin Lee Row, Petitioner, vs. Thomas J. Beauclair, et al., Respondents. | Deborah Czuba, Jonah Horwitz |
| | Defendant's Attorney: |
| | Jessica Lorello, L. LaMont Anderson |

| Docket No.: | Trial Dates: | Courtroom Deputy: |
|---|---|---|
| 1:98-cv-00240-BLW | June 5-9, 2017 | Jamie Bracke |
| Presiding Judge: | | Court Reporter: |
| B. Lynn Winmill | | Tammy Hohenleitner |

Party Offering Exhibits: **Respondents**

### Instructions

Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, e.g. authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1000 | 6/5 | JOINT | | AOM | Dr. Arthur Kowell's Rule 26 Report, with attachments | |
| 1001 | 6/5 | JOINT | | AOM | Dr. Roger Moore's Rule 26 Report | |
| 1002 | 6/5 | JOINT | | AOM | Dr. Roger Moore's Curriculum Vitae | |
| 1003 | 6/7 | FND | | | 3/26 Handwritten notes (Bates 42000039) | |
| 1004 | 6/5 | ADM | | AOM | Objections to Presentence Report with handwritten notes | |
| 1005 | 6/7 | FND | | | Handwritten notes (Bates 4200043) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1006 | 6/7 | FND | | | 6/18 Handwritten notes (Bates 42000044) | |
| 1007 | | FND | | | Letter from Leslie Gorham, dated June 23, 1993 | |
| 1008 | 6/7 | FND | | | 6/29 Handwritten notes (Bates 42000047) | |
| 1009 | | FND | | | Handwritten notes (Bates 4200048) | |
| 1010 | | FND | | | 8/30 Handwritten notes (Bates 42000051) | |
| 1011 | | FND | | | 10/4 Handwritten notes (Bates 42000052) | |
| 1012 | | FND | | | 10/18 Handwritten notes (Bates 42000054) | |
| 1013 | | FND | | | 10/18 Handwritten notes (Bates 42000055) | |
| 1014 | | FND | | | Handwritten notes (Bates 42000056) | |
| 1015 | | FND | | | 10/18 Handwritten notes (Bates 42000057) | |
| 1016 | | FND | | | 10/18 Handwritten notes (Bates 42000059) | |
| 1017 | | FND | | | 10/18 Handwritten notes (Bates 42000060) | |
| 1018 | | FND | | | 1/18 Handwritten notes (Bates 42000063) | |
| 1019 | | FND | | | 1/8 Handwritten notes (Bates 42000064) | |
| 1020 | | FND | | | Handwritten "Allocution of Robin Row" | |
| 1021 | | FND | | | 1/21 Handwritten notes (Bates 42000106) | |
| 1022 | | FND | | | 1/15 Handwritten notes (Bates 42000129) | |
| 1023 | | FND | | | Handwritten notes (Bates 42000136) | |
| 1024 | | FND | | | Handwritten notes (Bates 42000142-146) | |
| 1025 | | FND | | | Handwritten notes (Bates 42000161) | |
| 1026 | | FND | | | 6/29 Handwritten notes (Bates 42000163) | |
| 1027 | | FND | | | 8/5 Handwritten notes (Bates 42000164) | |
| 1028 | | FND | | | 8/10 Handwritten notes (Bates 42000165) | |
| 1029 | | FND | | | 9/24 Handwritten notes (Bates 42000178) | |
| 1030 | | FND | | | Handwritten notes (Bates 42000179-192) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1031 | 6/7 | FND | | | 11/8 Handwritten notes (Bates 42000193-201) | |
| 1032 | 6/5 | ADM | | AOM | Records from Physicians Immediate Care | |
| 1033 | 6/7 | FND | | | Handwritten notes (Bates 42000818-824) | |
| 1034 | | FND | | | Boise Police Report Excerpt (Bates 42002066-67) | |
| 1035 | 6/7 | FND | | | Boise Police Report Excerpt (Bates 42002068-69) | |
| 1036 | 6/7 | FND | | | Handwritten notes (Bates 42002201-205) | |
| 1037 | 6/7 | FND | | | Handwritten notes (Bates 42002208-214) | |
| 1038 | 6/7 | FND | | | Letter from Patricia Washburn | |
| 1039 | 6/5 | ADM | | AOM | Warm Springs Center Documents | |
| 1040 | 6/7 | FND | | | Handwritten notes (Bates 42002222-23) | |
| 1041 | 6/7 | FND | | | Handwritten notes (Bates 42002232-33) | |
| 1042 | | FND | | | Boise Police Report Excerpt (Bates 42002252) | |
| 1043 | 6/7 | FND | | | Notes (Bates 42002269) | |
| 1044 | 6/7 | FND | | | Boise Police Report Excerpt (Bates 42002282-84) | |
| 1045 | 6/7 | FND | | | 8/30/93 Handwritten notes (Bates 42002663) | |
| 1046 | 6/5 | ADM | | AOM | 7/2/93 Handwritten notes (Bates 42002664) | |
| 1047 | 6/7 | FND | | | Handwritten notes (Bates 42002665) | |
| 1048 | 6/7 | FND | | | 4/9/93 Handwritten notes (Bates 42002666-67) | |
| 1049 | 6/5 | JOINT | | AOM | Handwritten notes "Sentg. Memo" (Bates 42002668-93) | |
| 1050 | 6/7 | FND | | | 10/22/93 Handwritten notes – Andersen (Bates 42002729-30) | |
| 1051 | 6/5 | ADM | | AOM | 11/5/93 Handwritten notes – Engle (Bates 42002731) | |
| 1052 | 6/7 | FND | | | 10/22/93 Handwritten notes – Norman (Bates 42002732) | |
| 1053 | 6/7 | FND | | | Handwritten history (Bates 42002734-41) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1054 | 6/7 | FND | | | 6/5/92 Handwritten notes (Bates 42002814-16) | |
| 1055 | | FND | | | 5/7/92 Handwritten notes (Bates 42002822-25) | |
| 1056 | | FND | | | 4/28/92 Handwritten notes (Bates 42002826-29) | |
| 1057 | | FND | | | Handwritten notes (Bates 42002870) | |
| 1058 | | FND | | | 9/18/92 Handwritten notes (Bates 42003056-58) | |
| 1059 | | FND | | | 8/5/92 Handwritten notes (Bates 42003068) | |
| 1060 | | FND | | | 8/5/92 Handwritten notes (Bates 42003072) | |
| 1061 | | FND | | | 7/27/92 Handwritten notes (Bates 42003085) | |
| 1062 | | FND | | | "Row – Sentencing Memo" Notes | |
| 1063 | 6/5 | ADM | | AOM | Sentencing Memorandum | |
| 1064 | 6/7 | FND | | | Handwritten notes – "Mitigation" | |
| 1065 | 6/5 | JOINT | | AOM | Objections to Presentence Report | |
| 1066 | 6/7 | FND | | | Objections to Presentence Report w/ notes | |
| 1067 | | FND | | | Handwritten document (Bates 42003355) | |
| 1068 | | FND | | | Handwritten document (Bates 42003356) | |
| 1069 | | FND | | | Handwritten document re: "Terri Cornelier" (Bates 42003445-47) | |
| 1070 | | FND | | | 4/9/93 Handwritten notes "Character References" | |
| 1071 | | FND | | | 10/21/93 Handwritten notes – "Conf w/ Terry" | |
| 1072 | | FND | | | Handwritten notes (Bates 42003521-23) | |
| 1073 | 6/5 | ADM | | AOM | Arthur Norman C.V. | |
| 1074 | 6/5 | ADM | | AOM | Journal Article Excerpts | |
| 1075 | 6/7 | FND | | | Handwritten history (Bates 42003487-94) | |
| 1076 | 6/7 | FND | | | 10/22/93 Handwritten notes – Karla Anderson | |
| 1077 | 6/7 | FND | | | Handwritten notes - Norman | |
| 1078 | 6/7 | FND | | | Fax and notes (Bates 42003565-68) | |
| 1079 | 6/5 | JOINT | | AOM | Handwritten notes (Bates 42003570-74) | |
| 1080 | 6/7 | FND | | | 3/1/93 Handwritten notes (Bates 42003575-76) | |
| 1081 | | FND | | | Notes (Bates 42004423) | |
| 1082 | | FND | | | "Trial Notes (Bates 42004171-242) | |
| 1083 | | FND | | | Ltr from Row to Blackwell (Bates 42004459-64) | |
| 1084 | | FND | | | Ltr from Row to Blackwell (Bates 42004471-73A) | |
| 1085 | | FND | | | Ltr from Row to Blackwell (Bates 42004477-79) | |
| 1086 | | FND | | | Ltr from Row to Blackwell (Bates 42004483-84A) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1087 | 6/7 | FND | | | Ltr from Row to Blackwell (Bates 42004487-88) | |
| 1088 | | FND | | | Ltr from Row to Blackwell (Bates 42004492-93) | |
| 1089 | | FND | | | Ltr from Row to McHugh (Bates 4200494-95A) | |
| 1090 | | FND | | | Ltr from Row to McHugh (Bates 42004498-99) | |
| 1091 | ↓ | FND | | | Ltr from Row To McHugh (Bates 42004502-03) | |
| 1092 | 6/5 | ADM | | AOM | Transcript from 2/10/92 Interview of Row with notes | |
| 1093 | | ADM | | | Transcript from 2/10/92 Interview of Row with Row's notes | |
| 1094 | | ADM | | | Transcript of 2/12/92 Interview of Row with notes | |
| 1095 | | ADM | | | Transcript of 2/12/92 Interview of Row with notes | |
| 1096 | | ADM | | | Transcript of 2/12/92 Interview of Row with notes | |
| 1097 | | ADM | | | Transcript of 2/13/92 Interview of Row with notes | |
| 1098 | | ADM | | | Transcript of 2/16/92 Interview of Row with notes | |
| 1099 | | ADM | | | Transcript of 3/19/92 Call between Row and McHugh | |
| 1100 | | ADM | | | Transcript of 3/19/92 Call at 2210 between Row and McHugh | |
| 1101 | ↓ | ADM | | ↓ | Transcript of 3/20/92 Call at 1300 between Row and McHugh | |
| 1102 | 6/5 | ADM | | AOM | Transcript of 3/20/92 Call at 1405 between Row and McHugh | |
| 1103 | 6/7 | FND | | | 2/21/92 Handwritten notes (Bates 42004940-43) | |
| 1104 | | FND | | | Handwritten notes – Trinity Co Sheriff (Bates 42004955) | |
| 1105 | | FND | | | Handwritten notes (Bates 42004937-38) | |
| 1106 | | FND | | | Notes (Bates 42005059-61) | |
| 1107 | | FND | | | Notes (Bates 42000279) | |
| 1108 | | FND | | | Notes – B. McHugh | |
| 1109 | | FND | | | Notes – J. McHugh (Bates 42001112-13) | |
| 1110 | | FND | | | Notes – J. Blackwell | |
| 1111 | | FND | | | Handwritten witness list | |
| 1112 | | FND | | | Handwritten notes (Bates 42000014-18) | |
| 1113 | | FND | | | Handwritten notes (Bates 42000034-37) | |
| 1114 | | FND | | | 1/26 Handwritten notes (Bates 42000068) | |
| 1115 | ↓ | FND | | | 11/14/93 Ltr from Row to Gus | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1116 | 6/7 | FND | | | 12/7 Handwritten notes (Bates 42000168-69) | |
| 1117 | 6/7 | FND | | | 2/17 Handwritten notes (Bates 42000203) | |
| 1118 | 6/7 | FND | | | Handwritten note (Bates 42000208) | |
| 1119 | 6/7 | FND | | | Handwritten "To do" List (Bates 42000218) | |
| 1120 | 6/7 | FND | | | Handwritten notes (Bates 42000222-24) | |
| 1121 | | FND | | | Handwritten notes (Bates 42000227-28) | |
| 1122 | | FND | | | Ltr to Row (Bates 42000280) | |
| 1123 | 6/7 | FND | | | Handwritten ltr Row to Terry (Bates 42000393) | |
| 1124 | | FND | | | 2/23/93 Handwritten notes (Bates 42000508-510) | |
| 1125 | | FND | | | 1/22 Notes (Bates 42000772-75) | |
| 1126 | | FND | | | Handwritten notes – Row (Bates 42001137-46) | |
| 1127 | | FND | | | Blue Cross Questionnaire | |
| 1128 | | FND | | | Notes of 2/10 Interview | |
| 1129 | ↓ | FND | | | "Estimate of money Joan has/had of mine" | |
| 1130 | 6/7 | FND | | | Newspaper articles | |
| 1131 | | FND | | | 3/9/93 Ltr from Andrea Miller | |
| 1132 | 6/7 | FND | | | Hand drawn maps | |
| 1133 | | FND | | | 3/15/93 Handwritten notes (Bates 42002897) | |
| 1134 | | FND | | | 10/5/92 Handwritten notes (Bates 42003051-53) | |
| 1135 | | FND | | | 8/18/92 Handwritten notes of conference w/ Row at ACJ (Bates 42003063) | |
| 1136 | | FND | | | Handwritten notes – Row (Bates 42003064-65) | |
| 1137 | | FND | | | 8/5/92 Handwritten notes of conf w/ Row (Bates 42003069) | |
| 1138 | | FND | | | 10/20 Handwritten notes – "Terri Cornelier" (Bates 42003445-47) | |
| 1139 | | FND | | | Disability Determinations Documents | |
| 1140 | | FND | | | Handwritten notes (Bates 42003598-99) | |
| 1141 | | FND | | | Handwritten notes (Bates 42003607) | |
| 1142 | | FND | | | Handwritten notes on PH – Row | |
| 1143 | | FND | | | Notes on Closing (Bates 42004245-53) | |
| 1144 | | FND | | | "Closing Points" (Bates 42004278-80) | |
| 1145 | | FND | | | Handwritten notes – "Trinity County" | |
| 1146 | | FND | | | Handwritten notes - Blackwell | |
| 1147 | ✓ | FND | | | 2/21/92 Handwritten notes – Wines (Bates | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | 42004940-43) | |
| 1148 | 6/5 | ADM | | AOM | Handwritten notes (Bates 42004952) | |
| 1149 | 6/5 | ADM | | AOM | Handwritten notes – Trinity County Sheriff's Dept (Bates 42004955) | |
| 1150 | 6/5 | ADM | | AOM | 2/18/92 Handwritten notes – Anjanette Viehweg | |
| 1151 | 6/7 | FND | | | Handwritten notes – "Redding" | |
| 1152 | | FND | | | Handwritten notes (Bates 42004968-70) | |
| 1153 | | FND | | | Handwritten "California Notes" | |
| 1154 | | FND | | | Notes – "7/7 O/C Robin Row (w/Amil)" | |
| 1155 | | FND | | | 10/9/92 Notes (Bates 42005042-43) | |
| 1156 | | FND | | | 10/22 Notes of "O/C" with Row | |
| 1157 | | FND | | | 12/23 Notes – "O/C" (Bates 42005049-51) | |
| 1158 | | FND | | | 1/15 Notes – "Conf @ ACJ" (Bates 42005052-54) | |
| 1159 | | FND | | | 1/21 Notes – "O/C in Conf Rm" (Bates 42005055-58) | |
| 1160 | | FND | | | Notes – "Opening/Closing" | |
| 1161 | | FND | | | 8/5/92 Notes – Office Conference w/ Row | |
| 1162 | | FND | | | 1/21 Notes – "O/C in Conf Rm" (Bates 42006122-125) | |
| 1163 | | FND | | | Notes – "Outings" | |
| 1164 | | FND | | | Notes – "Make a Wish" | |
| 1165 | | FND | | | Notes – "N.H." | |
| 1166 | | FND | | | Notes – "Interview with Defendant" (Bates 42006259-60) | |
| 1167 | | FND | | | Notes – "Interview with Defendant" on 2/10 (Bates 42006261-65) | |
| 1168 | | FND | | | Notes – "8-26 Defendant Interview" (Bates 42006266-75) | |
| 1169 | 6/7 | FND | | | Notes – 2/16/92 "Interview with Defendant" (Bates 42006276-80) | |
| 1170 | | FND | | | List of insurance policies | |
| 1171 | | FND | | | 6/2/94 Ltr from Row to Rolf | |
| 1172 | | FND | | | 8/31/94 Ltr to Row from Whitmore | |
| 1173 | | FND | | | 9/8/94 Ltr from Row to Nancy | |
| 1174 | | FND | | | 9/21/94 Ltr from Whitmore to Row | |
| 1175 | | FND | | | 10/24/94 Ltr from Row to Nancy | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1176 | | FND | | | 10/28/94 Ltr from Row to Warden Miller | |
| 1177 | | FND | | | Grievance Form from Row | |
| 1178 | | FND | | | 4/29/97 Ltr from Row to Rolf | |
| 1179 | 6/5 | JOINT | | AOM | Article – Atrophy of the Cerebellar Vermis | |
| 1180 | | FND | | | 4/27/94 Ltr from Row to Mr. Brown | |
| 1181 | | FND | | | 7/22/94 Ltr from Row to Mr. Brown | |
| 1182 | | FND | | | 11/18/94 Ltr from Row to Mr. Brown | |
| 1183 | | FND | | | 10/19/94 Ltr from Row to Judge McKee | |
| 1184 | | FND | | | 10/16/94 Ltr from Row "Re: Leslie R. Gorham" | |
| 1185 | | FND | | | 10/28/94 Ltr from Row "Re: Counterclaim" | |
| 1186 | 6/5 | ADM | | AOM | 8/28/96 Ltr from Row to Mary | |
| 1187 | 6/5 | ADM | | AOM | Robin Row Index Box 3 | |
| 1188 | 6/5 | ADM | | AOM | 3/17/95 Ltr from Row to Ms. Hudson | |
| 1189 | 6/5 | ADM | | AOM | 4/7/95 Ltr from Row to Mary | |
| 1190 | 6/5 | JOINT | | AOM | 8/27/95 Ltr from Row to Mary | |
| 1191 | | FND | | | Notes re: K106 Christmas Wish | |
| 1192 | | FND | | | 3/4/92 Handwritten notes re: Tammy Cornellier (Bates 42004962-67) | |
| 1193 | | FND | | | Handwritten notes (Bates 42004976-87) | |
| 1194 | | FND | | | Handwritten notes (Bates 42005012) | |
| 1195 | | FND | | | 7/7 notes – "O/C Robin Row (w/Amil)" (Bates 42005027) | |
| 1196 | | FND | | | Notes (Bates 42005032-33) | |
| 1197 | | FND | | | Notes (Bates 42005035) | |
| 1198 | | FND | | | 1/21 Notes "O/C in Conf Rm" (Bates 42005055) | |
| 1199 | | FND | | | Notes and documents from Weaverville, CA (Bates 42005485-512) | |
| 1200 | 6/5 | ADM | | AOM | Documents re: Embezzlement (Bates 42005513-18) | |
| 1201 | 6/5 | ADM | | AOM | Redding Police Dept Report (Bates 42005519-24) | |
| 1202 | 6/5 | ADM | | AOM | 12/17/86 Report of Investigation – Shasta County (Bates 42005543-66) | |
| 1203 | 6/5 | ADM | | AOM | "Chuck Sanborn's Report" | |
| 1204 | | FND | | | 8/24/92 Notes – "Office Conference with Defendant" (Bates 42006110-11) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1205 | 6/5 | JOINT | | AOM | 1/15 Notes – "Conf @ ACJ" (Bates 42006154-56) | |
| 1206 | | FND | | | Notes – "Redding – Forg" (Bates 42006182) | |
| 1207 | | FND | | | Notes – "Shasta Co. – Redding" (Bates 42006183) | |
| 1208 | | FND | | | Notes (Bates 42006184) | |
| 1209 | | FND | | | Notes – "Trinity County" (Bates 42006193) | |
| 1210 | 6/5 | ADM | | AOM | Cover page of Transcript w/ note (Bates 42006821) | |
| 1211 | | FND | | | Notes (Bates 42006116-17) | |
| 1212 | | FND | | | Notes (Bates 42006119) | |
| 1213 | | FND | | | Handwritten notes regarding bankers boxes (Bates 4215342a-e) | |
| 1214 | | FND | | | "Book Outline" | |
| 1215 | 6/5 | ADM | | AOM | PWCC Notes (Bates 42007693-94) | |
| 1216 | 6/5 | JOINT | | AOM | 1/8/96 Handwritten notes (Bates 4200774858) | |
| 1217 | 6/5 | JOINT | | AOM | 11/13/95 Handwritten notes – "Ideas for Row" (Bates 4207759) | |
| 1218 | 6/5 | JOINT | | AOM | 11/13/95 Handwritten notes (Bates 42007761-70) | |
| 1219 | | FND | | | 7/25/94 Handwritten notes (Bates 42007840) | |
| 1220 | 6/5 | JOINT | | AOM | 3/9/95 Handwritten notes (Bates 42007863) | |
| 1221 | 6/5 | ADM | | AOM | 2/28/95 Ltr from Adams to Row | |
| 1222 | | FND | | | 11/1/94 Handwritten notes (Bates 42007882) | |
| 1223 | 6/5 | ADM | | AOM | MMPI Report (Bates 42008259) | |
| 1224 | 6/5 | ADM | | AOM | 6/16/82 Ltr from Childers to Wickersham | |
| 1225 | 6/5 | ADM | | AOM | 4/14/92 Transcript with notes | |
| 1226 | | FND | | | Trinity General Sanatarium Documents (Bates 4209176BB-CC) | |
| 1227 | 6/5 | JOINT | | AOM | Handwritten notes – "Beaver" (Bates 4209176D) | |
| 1228 | 6/5 | ADM | | AOM | Hudson Affidavit (Bates 4209176DD-KK) | |
| 1229 | | FND | | | Handwritten notes (Bates 4209176E-K) | |
| 1230 | | FND | | | Notes re: Industrial School (Bates 4209176L-P) | |
| 1231 | | FND | | | Notes re: Robert Hardman (Bates 4209176S-X) | |
| 1232 | | FND | | | Notes re: "Keith's Death" (Bates 4209176Y-AA) | |
| 1233 | | FND | | | 1/24/96 Ltr from Row to Rolf (Bates 42009457-78) | |
| 1234 | | FND | | | 6/21/95 Ltr from Row to Rolf | |
| 1235 | | FND | | | 3/17/95 Ltr from Row to Rolf and John (Bates 42009483-98) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1236 | | FND | | | 6/24/94 Ltr from Row to Rolf | |
| 1237 | 6/5 | JOINT | | ADM | Hudson documents (Bates 4209176LL-PP) | |
| 1238 | | JOINT | | | Hudson documents (Bates 4209176QQ-GGG) | |
| 1239 | | JOINT | | | 4/7/95 Ltr from Row to Rolf and John (Bates 42009511-24) | |
| 1240 | | ADM | | | 6/1/92-6/2/92 Progress Notes | |
| 1241 | | ADM | | | March 1992 Progress Notes | |
| 1242 | | ADM | | | October 1992 Progress Notes | |
| 1243 | | ADM | | | 6/1/92-6/2/92 Progress Notes | |
| 1244 | | JOINT | | | Ltr from Hudson to Rolf and John (Bates 42009639-9801I) | |
| 1245 | | ADM | | | Trinity County Welfare Department Summary | |
| 1246 | | ADM | | | 9/5/95 Ltr from Hudson to Rolf | |
| 1247 | | ADM | | | Article – A Comparative Study of Filicidal and Abusive Mothers | |
| 1248 | | JOINT | | | Article - Atrophy of the Cerebellar Vermis | |
| 1249 | | JOINT | | | Article – Cerebellar and Frontal Hypometabolism in Alcoholic Cerebellar Degeneration Studied with Positron Emission Tomography | |
| 1250 | | JOINT | | | Tables from Article | |
| 1251 | | JOINT | | | Article – Neuroanatomical Studies of Major Affective Disorders | |
| 1252 | | JOINT | | | Article – Metabolic and cognitive changes in hereditary ataxia | |
| 1253 | | ADM | | | Article – Depression, Attempted Suicide . . . Schizophrenia | |
| 1254 | | ADM | | | Article – A Comparative Study of Adolescents and Adults Who Willfully Set Fires | |
| 1255 | | ADM | | | Article – Fatal Maltreatment by Mothers | |
| 1256 | | ADM | | | 9/5/95 Ltr from Hudson to Rolf | |
| 1257 | | JOINT | | | Documents from Dr. True to Hudson | |
| 1258 | ✓ | ADM | | ✓ | 6/12/95 Ltr from Hudson to Trinity County Counseling | |
| 1259 | | FND | | | 3/16/85 E.R. Notes – Tabitha Cornellier | |
| 1260 | 6/5 | JOINT | | ADM | Note from Teradyne, Inc to Hudson | |
| 1261 | 6/5 | JOINT | | ADM | Notes – "Witnesses to Contact" | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1262 | | FND | | | 6/14/95 Ltr from Washburn to Hudson | |
| 1263 | 6/5 | JOINT | | AOM | 6/15/95 Memo from Hudson to Kehne & Adams re: Childers | |
| 1264 | | ADM | | | Article -- Borderline Personality: The Unstable Pattern | |
| 1265 | | JOINT | | | 6/13/95 Memo from Hudson to Kehne & Adams re: Mary Lou Weiner | |
| 1266 | | JOINT | | | 6/13/95 Memo from Hudson to Kehne & Adams re: Dawno Washburn | |
| 1267 | | JOINT | | | 6/13/95 Memo from Hudson to Kehne & Adams re: Mort Weiner | |
| 1268 | | JOINT | | | 6/13/95 Memo from Hudson to Kehne & Adams re: Betty Wines | |
| 1269 | | JOINT | | | 6/13/95 Memo from Hudson to Kehne & Adams Re: Trinity County Counseling | |
| 1270 | | JOINT | | | 6/13/95 Memo from Hudson to Kehne & Adams re: Marjorie Murphy | |
| 1271 | | ADM | | | 6/13/95 Memo from Hudson to Kehne & Adams re: Barbara Childers | |
| 1272 | | ADM | | | 6/14/95 Memo from Hudson to Kehne & Adams re: Wickersham | |
| 1273 | | JOINT | | | 6/13/95 Memo from Hudson to Kehne & Adams re: Matthews | |
| 1274 | | JOINT | | | 6/13/95 Memo from Hudson to Kehne & Adams re: Dr. Norman | |
| 1275 | | JOINT | | | 6/13/95 Memo from Hudson to Kehne & Adams re: Dr. Beaver | |
| 1276 | | JOINT | | | 6/14/95 Memo from Hudson to Kehne & Adams re: Charles Cornellier, Jr. | |
| 1277 | | JOINT | | | 6/14/95 Memo from Hudson to Kehne & Adams re: Virginia Cornellier Delude | |
| 1278 | | JOINT | | | 6/14/95 Memo from Hudson to Kehne & Adams re: Terry Cornellier Theriault | |
| 1279 | | JOINT | | | 6/14/95 Memo from Hudson to Kehne & Adams re: Patricia Washburn | |
| 1280 | | JOINT | | | 6/14/95 Memo from Hudson to Kehne & Adams re: Susan Wickersham | |
| 1281 | ↓ | ADM | | ↓ | 6/13/95 Memo from Hudson to Kehne & Adams | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
|  |  |  |  |  | re: Fran Matthews |  |
| 1282 | 6/5 | ADM |  | AOM | 6/14/95 Memo from Hudson to Kehne & Adams re: Dr. Norman |  |
| 1283 |  | ADM |  |  | 6/13/95 Memo from Hudson to Kehne & Adams re: Dr. Beaver |  |
| 1284 |  | ADM |  |  | 6/14/95 Memo from Hudson to Kehne & Adams re: Charles Cornellier, Jr. |  |
| 1285 |  | ADM |  |  | 6/14/95 Memo from Hudson to Kehne & Adams re: Virginia Cornellier Delude |  |
| 1286 |  | ADM |  |  | 6/14/95 Memo from Hudson to Kehne & Adams re: Terry Cornellier Theriault |  |
| 1287 |  | ADM |  |  | 6/13/95 Memo from Hudson to Kehne & Adams re: Marylou Wiener |  |
| 1288 |  | ADM |  |  | 6/14/95 Memo from Hudson to Kehne & Adams re: Patricia Washburn |  |
| 1289 |  | ADM |  |  | 6/13/95 Memo from Hudson to Kehne & Adams re: Dawno Washburn |  |
| 1290 |  | ADM |  |  | 6/13/95 Memo from Hudson to Kehne & Adams re: Mort Weiner |  |
| 1291 |  | ADM |  |  | 6/13/95 Memo from Hudson to Kehne & Adams re: Betty Wines |  |
| 1292 |  | ADM |  |  | 6/13/95 Memo from Hudson to Kehne & Adams re: Trinity County Counseling Service |  |
| 1293 |  | ADM |  |  | 6/13/95 Memo from Hudson to Kehne & Adams re: Marjorie Murphy |  |
| 1294 |  | ADM |  |  | 6/18/95 Memo from Hudson to Kehne & Adams re: Carla Anderson |  |
| 1295 |  | ADM |  |  | 6/13/95 Memo from Hudson to Kehne & Adams re: Dr. Norman |  |
| 1296 |  | JOINT |  |  | 8/21/95 Ltr from Karla Andersen to Hudson |  |
| 1297 |  | ADM |  |  | 5/5/95 Ltr from Roger Bourne to Hudson |  |
| 1298 |  | ADM |  |  | 6/13 Handwritten notes re: Dr. Beaver |  |
| 1299 |  | JOINT |  |  | 5/21/95 Ltr from Row to Mary |  |
| 1300 |  | JOINT |  |  | 5/15/95 Ltr from Row to Mary |  |
| 1301 |  | JOINT |  |  | 5/9/95 Ltr from Row to Mary |  |
| 1302 |  | JOINT |  |  | 5/1/95 Ltr from Hudson to Row |  |
| 1303 |  | JOINT |  |  | 4/4/95 Ltr from Adams to Hudson |  |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1304 | 6/5 | ADM | | AOM | 4/28/95 Ltr from Hudson to Row | |
| 1305 | | JOINT | | | 3/7/95 Ltr from Hudson to Adams | |
| 1306 | | JOINT | | | 3/2/95 Ltr from Hudson to Row | |
| 1307 | | ADM | | | 2/28/95 Ltr from Adams to Row | |
| 1308 | | ADM | | | 3/27/95 Ltr from Hudson to Row | |
| 1309 | | JOINT | | | 4/24/95 Ltr from Hudson to Row | |
| 1310 | | JOINT | | | 8/22/95 Ltr from Hudson to Kehne & Adams | |
| 1311 | | JOINT | | | Hudson Witness and Document List | |
| 1312 | | ADM | | | 3/17/95 Ltr from Row to Hudson | |
| 1313 | | ADM | | | 8/18/95 Ltr from Row to Mary | |
| 1314 | | JOINT | | | Notes (Bates 42015820-28) | |
| 1315 | | ADM | | | Criteria Affecting Probation Form | |
| 1316 | | JOINT | | | Notes (Bates 42015831-39) | |
| 1317 | | JOINT | | | Handwritten notes (Bates 42015829-30) | |
| 1318 | | JOINT | | | 5/2/95 Ltr from Row to Mary | |
| 1319 | | JOINT | | | 6/12/95 Notes re: Dr. Pincus | |
| 1320 | | JOINT | | | Journal Excerpts (Bates 42015892-905) | |
| 1321 | | JOINT | | | Journal Excerpts (Bates 42015906-29) | |
| 1322 | | JOINT | | | Journal Excerpts (Bates 42015915-20) | |
| 1323 | | JOINT | | | Journal Excerpts (Bates 42015921-29) | |
| 1324 | | ADM | | | Journal Excerpts (Bates 42015930-48) | |
| 1325 | | ADM | | | Hudson Memo – Witness and Document List | |
| 1326 | | ADM | | | 5/16/95 Memo from Hudson to Kehne & Adams re: Row Interview | |
| 1327 | | JOINT | | | 4/6/95 Memo from Hudson to Kehne & Adams re: Row Interview (Bates 42015957-72) | |
| 1328 | | ADM | | | Hudson Witness and Document List (Bates 42015973-76) | |
| 1329 | | JOINT | | | 8/27/95 Ltr from Row to Mary | |
| 1330 | | ADM | | | 5/1/95 Ltr from Hudson to Row | |
| 1331 | ↓ | JOINT | | ↓ | 4/11/95 Ltr from Hudson to Row | |
| | | | | | | |
| 1332 | | FND | | | Notes (Bates 42004344-97) | |
| 1333 | | FND | | | Notes (Bates 42004338-43) | |
| 1334 | | FND | | | Notes (Bates 42004295-304) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1335 | | FND | | | Notes (Bates 42004315-37) | |
| 1336 | | FND | | | Notes (Bates 42004281-91) | |
| 1337 | 6/5 | JOINT | | AOM | Handwritten notes (Bates 42016192) | |
| 1338 | 6/5 | ADM | | AOM | 4/6/95 Memo from Hudson to Kehne & Adams re: Row Interview with notes (Bates 42016166-182) | |
| 1339 | 6/5 | JOINT | | AOM | Hudson Witness and Document List with notes (Bates 42016183-91) | |
| 1340 | | FND | | | Vital Records for Kristina Mae Cornellier | |
| 1341 | 6/7 | FND | | | Notes (Bates 42006066-91) | |
| 1342 | | FND | | | Notes (Bates 42006099-106) | |
| 1343 | | FND | | | Notes (Bates 42006100-105) | |
| 1344 | | FND | | | Notes (Bates 42004399-77) | |

1345 ↓