Deborah A. Czuba, ID Bar No. 9648
Jonah J. Horwitz, ID Bar No. 10494
Federal Defender Services of Idaho
Capital Habeas Unit
702 W. Idaho, Suite 900
Boise, Idaho 83702
Telephone:   (208) 331-5530
Deborah_A_Czuba@fd.org
Jonah_Horwitz@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBIN LEE ROW, ) | **CAPITAL CASE** |
| ) | |
| Petitioner, ) | Case No. 98-0240-S-BLW |
| ) | |
| v. ) | **NOTICE OF NON OBJECTION TO** |
| ) | **EXTENSION OF TIME** |
| THOMAS J. BEAUCLAIR, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

Petitioner, Robin Lee Row, by and through her attorneys at the Capital Habeas Unit of the Federal Defender Services of Idaho, files this Notice of Non-Objection to Respondent's Motion for Extension of Time to file responsive briefing [Dkt. 721], filed on April 4, 2018. Petitioner also does not object to the filing of simultaneous briefs on Respondent's proposed date.

DATED this 4th day of April, 2018.

                                                  /s/ Deborah A. Czuba
                                                  Deborah A. Czuba
                                                  Jonah J. Horwitz

                                                  Attorneys for Petitioner-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which is designed to send a Notice of Electronic Filing to persons including the following:

L. Lamont Anderson
Lamont.anderson@ag.idaho.gov

                                          /s/ Julie Hill
                                          Julie Hill