UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBIN LEE ROW,<br><br>                    Petitioner,<br><br>vs.<br><br>BONA MILLER,<br><br>                    Respondent. | Case No. 1:98-cv-00240-BLW<br><br>**ORDER**<br><br>**<u>CAPITAL CASE</u>** |

       On September 30, 2021, the Court entered an Order and Notice of Intent to Grant Writ of Habeas Corpus on Sentencing Claims, requiring the parties to submit within 60 days either (1) supplemental briefing on the merits issue, to include any requests for an evidentiary hearing on the merits (detailing what additional evidence would be presented) or (2) a notification that the parties would accept the Order as a decision on the merits of the three sentencing claims. (Dkt. 754.)

       On October 22, 2021, Respondent requested that the Court stay its Order and this case, pending the outcome of the United States Supreme Court's grant of certiorari in *Shinn v. Ramirez*, 141 S. Ct. 2620 (2021)( No. 20-1009). In *Ramirez*, the Supreme Court will address the issue of whether 28 U.S.C. § 2254(e)(2) precludes federal district courts

from considering evidence outside the record to determine the merits of a claim in the context of *Martinez v. Ryan,* 566 U.S. 1 (2012). Petitioner filed her Response to the Motion to Stay, and Respondent filed her Reply. (Dkts. 755, 756.)

Having considered the parties' positions, the Court will not stay this case, given that the *Ramirez* decision should be published this spring, but will extend the deadline for filing a response to the Court's Order as follows.

## ORDER

**IT IS ORDERED:**

1. The briefing schedule set in the Order of September 30, 2021 (Dkt. 753) is SUSPENDED.

2. Within **60 days** of the United States Supreme Court's decision in *Ramirez*, the parties shall file their briefing or notification. If briefs are filed, the parties shall include analysis and argument regarding whether *Ramirez* and 28 U.S.C. § 2254(e)(2) preclude consideration of the evidence received in the evidentiary hearing of June 5-9, 2017, for purposes of determining the *Martinez* threshold question or determining the merits of the underlying claims; whether it precludes the Court from receiving and considering additional evidence for purposes of determining the merits; and whether the holding of *Ramirez* affects this case in any other way.

3. Respondent's Motion for a Stay (Dkt. 754) is DENIED.

DATED: November 17, 2021

_____
B. Lynn Winmill
U.S. District Court Judge