Nicole Owens
Executive Director
Deborah A. Czuba, ID Bar No. 9648
Jonah J. Horwitz, ID Bar No. 10494
Bruce D. Livingston, MO Bar No. 34444
Federal Defender Services of Idaho
Capital Habeas Unit
702 W. Idaho, Suite 900
Boise, Idaho 83702
Telephone:    208-331-5530
Facsimile:    208-331-5559
ECF:    Deborah_A_Czuba@fd.org
          Jonah_Horwitz@fd.org
          Bruce_Livingston@fd.org

Attorneys for Petitioner

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ROBIN LEE ROW,** | **CAPITAL CASE** |
| **Petitioner,** | **Case No. 98-0240-S-BLW** |
| **v.** | **NOTICE OF WITHDRAWAL AS COUNSEL** |
| **THOMAS J. BEAUCLAIR, et al.,** | |
| **Respondents.** | |

I, Bruce D. Livingston, counsel for Petitioner, Robin Lee Row, hereby give notice of withdrawal as counsel in the instant matter.   As an Assistant Federal Defender with the Capital Habeas Unit of the Federal Defender Services of Idaho, I represented Ms. Row along with Deborah A. Czuba and Jonah J. Horwitz.   Having left the office of the Federal Defender Services of Idaho, I am no longer able to assist in Ms. Row's representation and therefore I am withdrawing as counsel for Ms. Row.

Deborah A. Czuba and Jonah J. Horwitz of the Capital Habeas Unit of the Federal Defender Services of Idaho will continue to be counsel for Ms. Row in the instant matter.

**NOTICE OF WITHDRAWAL AS COUNSEL - 1**

RESPECTFULLY SUBMITTED this 16th day of March, 2022.

/s/ Bruce D. Livingston
Bruce D. Livingston

Attorney for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which is designed to send a Notice of Electronic Filing to persons including the following:

L. LaMont Anderson
lamont.anderson@ag.idaho.gov

/s/ Heidi Thomas
Heidi Thomas

**NOTICE OF WITHDRAWAL AS COUNSEL - 2**