LAWRENCE G. WASDEN
Attorney General
State of Idaho

MARK A. KUBINSKI
Deputy Attorney General
Chief, Criminal Law Division

L. LaMONT ANDERSON, ISB #3687
Deputy Attorney General
Chief, Capital Litigation Unit
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-4539
Facsimile: (208) 854-8074
E-mail: lamont.anderson@ag.idaho.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ROBIN LEE ROW, | ) | CASE NO. 1:98-cv-00240-BLW |
| Petitioner, | ) ) ) | **CAPITAL CASE** |
| vs. | ) ) | DECLARATION IN SUPPORT OF RESPONDENT'S MOTION FOR |
| JANELL CLEMENT,[1] | ) ) | EXTENSION OF TIME |
| Respondent. | ) | |

1. I am counsel of record for Respondent, Janell Clement.

2. Pursuant to Dist. Idaho Loc. Civ. R. 7.1(c)(1), Respondent's ("state") response to Petitioner's ("Row") Motion to Stay Federal Habeas Proceedings ("Motion") (Dkt. 761) is due August 9, 2022.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Janell Clement should be substituted for Bona Miller.

*DECLARATION IN SUPPORT OF RESPONDENT'S MOTION FOR EXTENSION OF TIME* - 1

3. No prior extension of time to file the response has been requested by the state or granted by this Court.

4. The state requests an extension of thirty (30) days whereupon its response will be due on September 8, 2022.

5. An extension of time is necessary because of significant family issues that have arisen over the last two weeks. On July 24, 2022, my mother was taken by ambulance to St. Luke's Hospital. Over the course of the last two weeks, it has been learned that she will not survive longer than six months and is most likely to pass in the next several days or weeks. I have been away from the office spending considerable time with my mother in the hospital and consulting with my father and siblings to make decisions regarding "end of life care" for mom.

6. Additionally, on July 26, 2022, my sister-in-law was rushed to the hospital for major heart issues. She has been in intensive care since that time and is being considered this week for a heart transplant. In addition to addressing my mother's issues, I have been consulting with my siblings regarding how to support and help my sister-in-law and brother who live in California. As a result of these two major events, I have been away from the office and spent virtually no time preparing a response to Row's Motion.

7. I contacted one of Petitioner's attorneys, Jonah Horwitz, who stated he had no objection to the Court granting this Motion for Extension of Time.

8. This request is made in good faith and not with the intention of causing undue delay or tactical advantage.

9. I have exercised due diligence and assure this Court that every effort will be made to complete the state's response within the requested time.

*DECLARATION IN SUPPORT OF RESPONDENT'S MOTION FOR EXTENSION OF TIME* - 2

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Ada County, Idaho, on August 9, 2022.

Further I say naught.

DATED this 9th day of August, 2022.

/s/ *L. LaMont Anderson*
L. LaMONT ANDERSON
Deputy Attorney General
Chief, Capital Litigation Unit

*DECLARATION IN SUPPORT OF RESPONDENT'S MOTION FOR EXTENSION OF TIME* - 3

# CERTIFICATE OF SERVICE

  I HEREBY CERTIFY That on or about the 9th day of August, 2022, I caused to be serviced a true and correct copy of the foregoing document by the method indicated below, postage prepaid where applicable, and addressed to the following:

| | |
|---|---|
| Deborah A. Czuba<br>Federal Defender Services of Idaho<br>Capital Habeas Unit<br>702 W. Idaho, Suite 900<br>Boise, ID  83702<br>Deborah_A_Czuba@fd.org | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ Electronic Court Filing |
| Jonah J. Horwitz<br>Federal Defender Services of Idaho<br>Capital Habeas Unit<br>702 W. Idaho, Suite 900<br>Boise, ID  83702<br>Jonah_Horwitz@fd.org | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ Electronic Court Filing |

        /s/ *L. LaMont Anderson*
        L. LaMONT ANDERSON
        Deputy Attorney General
        Chief, Capital Litigation Unit